**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of _____ Florida _____
                                    (State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

   Norwegian Air Resources US Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and doing business as names

   OSM Aviation, Inc

3. **Debtor's federal Employer Identification Number (EIN)**

   3 2 – 0 4 1 9 7 6 0

4. **Debtor's address**

   Principal place of business

   915 Middle River Drive, Suite 408
   Number       Street

   _____

   Fort Lauderdale        FL        33304
   City                   State     ZIP Code

   Broward County
   County

   Mailing address, if different from principal place of business

   _____
   Number       Street

   _____
   P.O. Box

   _____
   City                   State     ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number       Street

   _____

   _____
   City                   State     ZIP Code

5. **Debtor's website (URL)**        _____

Debtor    Norwegian Air Resources US Inc.
          _____
          Name                                                    Case number (if known)_____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding  LLP)

❑ Other. Specify: _____

**7. Describe debtor's business**

A. Check one:

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. Check all that apply:

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4   8   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☒ Chapter 7

❑ Chapter 9

❑ Chapter 11. Check all that apply:

    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❑ A plan is being filed with this petition.

    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

Debtor  Norwegian Air Resources US Inc.                    Case number (if known)_____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

If more than 2 cases, attach a separate list.

        District _____  When _____  Case number _____
                                      MM / DD / YYYY

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No

☒ Yes.  Debtor ___See Schedule 1_____  Relationship _____

List all cases. If more than 1, attach a separate list.

        District _____  When _____
                                                          MM / DD / YYYY

        Case number, if known _____

11. Why is the case filed in this district?

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
                      Number        Street

                      _____

                      _____    _____  _____
                      City                                 State ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

**Statistical and administrative information**

Debtor    Norwegian Air Resources US Inc.                    Case number (if known)
          Name

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☒ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 12 / 2021
           MM / DD / YYYY

X _____          Daniel Flynn
Signature of authorized representative of debtor    Printed name

Title  Director

Debtor    Norwegian Air Resources US Inc.       Case number (if known)_____
      Name

18. **Signature of attorney**

✗   /s/ Allen P. Pegg      Date   02 / 12 /2021
      Signature of attorney for debtor             MM / DD / YYYY

Allen P. Pegg
Printed name
Hogan Lovells US LLP
Firm name
600 Brickell Avenue, Suite 2700
Number      Street
Miami             FL     33131
City               State    ZIP Code

(305) 459-6500         allen.pegg@hoganlovells.com
Contact phone             Email address

597821               FL
Bar number             State

## <u>Schedule 1</u>

10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

| Debtor | Relationship | Jurisdiction | Petition Date | Case No. (if known) |
|---|---|---|---|---|
| Norwegian Air Shuttle ASA | 100% shareholder of Norwegian Air Resources Limited | Norway (reconstruction proceeding)<br><br>Note:  Norwegian Air Shuttle ASA is also subject to the Irish examinership as a "related company" within the meaning of section 517 and section 2(10) of the Irish Companies Act 2014 (No. 38 of 2014) | 12/08/2020 | 20-177565KON-OBYF/1 |
| Norwegian Air Resources Limited | 100% shareholder of Norwegian Air Resources US Inc. (i.e., the debtor) | Ireland (liquidation proceeding) | 11/18/2020 | Record No. 2021 19 COS |

\\LA - 145879/000127 - 2084108 v1

**Fill in this information to identify the case:**

Debtor name ___Norwegian Air Resources US Inc._____

United States Bankruptcy Court for the:___Southern_____ District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................  $ _____0.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................  $ ____921,093.15__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................  $ ____921,093.15__

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................  $ _____0.00__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $ ____124,580.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................  **+** $ ___5,161,723.34__

4. **Total liabilities**..........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                $ ____5,286,303.34__

**Fill in this information to identify the case:**

Debtor name _____Norwegian Air Resources US Inc._____

United States Bankruptcy Court for the:___Southern_____ District of __Florida__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $_____0.00_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. HSBC | Checking | 0 7 4 7 | $ 27,562.77 |
| 3.2. HSBC | Checking | 5 5 4 3 | $ 40,048.42 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____0.00_____

   4.2. _____ $_____

5. **Total of Part 1** $ 67,611.19

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $_____

   7.2._____ $_____

Debtor     Norwegian Air Resources US Inc.        Case number (*if known*)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.             $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                  **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ........→   $_____
                          face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:   $1,944,581.98 –     $1,944,581.98 = ........→   $             0.00
                        face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $            0.00

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                    **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1._____   _____%    _____    $_____

    15.2._____   _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.             $_____

---

Debtor    Norwegian Air Resources US Inc.                         Case number (*if known*)_____
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Norwegian Air Resource US Inc.
Name
Case number (*if known*)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

❑ No

❑ Yes. Is any of the debtor's property stored at the cooperative?

❑ No
❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No
❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Five laptops, Cisco VOIP phones, two computer screens, four Yealink business phone tablets | $_____ | Market | $ 1,250.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,250.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
❑ Yes

Debtor    Norwegian Air Resources US Inc.
_____    Case number (*if known*)_____
         Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor  Norwegian Air Resources US Inc.
        _____    Case number (*if known*)_____
        Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☒ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____

Debtor _____    Case number (*if known*)_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

❑ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

❑ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

❑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜   $_____
                                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

Workers' Compensation Insurance - Partial refund of premium (estimated)    $_____30,000.00_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim**        _____

**Amount requested**       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Interest in funds transferred to Norwegian Air Shuttle ASA.    $_____822,231.96_____

**Nature of claim**        See Statement of Financial Affairs Question 4.1

**Amount requested**       $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**    $_____852,231.96_____

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor    Norwegian Air Resources US Inc.                                    Case number (*if known*)_____
          _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 67,611.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................... → | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 852,231.96 | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... 91a. | $ 852,231.96 | **+** 91b. $ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .............................................................................    $ 921,093.15

**Fill in this information to identify the case:**

Debtor name ___Norwegian Air Resources US Inc._____

United States Bankruptcy Court for the: __Southern_____ District of __Florida___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____   $_____   $_____

**Creditor's mailing address**
_____
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____   $_____   $_____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

**Fill in this information to identify the case:**

Debtor _____Norwegian Air Resources US Inc._____

United States Bankruptcy Court for the: ___Southern_____ District of ___Florida_____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
See Attached Schedule E/F, Part 1
_(Employees)_
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim $_____     Priority amount $_____

**2.2** **Priority creditor's name and mailing address**
See Attached Schedule E/F, Part 2
_(Taxes)_
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim $_____     Priority amount $_____

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim $_____     Priority amount $_____

Debtor ___Norwegian Air US Inc._____     Case number (*if known*)_____
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                **Amount of claim**

**3.1**  **Nonpriority creditor's name and mailing address**
   See Schedule E/F, Part 3
_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**
_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**
_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**
_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.5**  **Nonpriority creditor's name and mailing address**
_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**
_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

---

Debtor  Norwegian Air Resources US Inc.  _____  Case number (*if known*)_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Unknown | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.2. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.3. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.4. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 41. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.5. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.6. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.7. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.8. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.9. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.10. | | Line _____  ❏ Not listed. Explain _____ | — — — — |
| 4.11. | | Line _____  ❏ Not listed. Explain _____ | — — — — |

Debtor    Norwegian Air Resources US Inc.
Name

Case number (*if known*)_____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 124,580.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 5,161,723.34 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,286,303.34 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4 of 4

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jovan Acosta<br>7272 NE 6th Court Apt 2<br>Miami, FL 33138 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sally N Acosta<br>13701 NW 4th Street Apt 404C<br>Pembroke Pines, FL 33028 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nataly Martinez Aguirre<br>9433 Oak Street<br>Bellflower, CA 90706 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sumaiya Ahmed<br>550 Drew Street 2nd Floor<br>Brooklyn, NY 11208 | | | Notice Only | | | | | $0.00 | $0.00 |
| Angela S Akkaya<br>4437 SW 24 Avenue<br>Dania Beach, FL 33312 | | | Notice Only | | | | | $0.00 | $0.00 |
| Maria Teresa Alberotanza<br>330 Ridgewood Road<br>Key Biscayne, FL 33149 | | | Notice Only | | | | | $0.00 | $0.00 |
| Felecia Alexander<br>9031 Bermuda Drive<br>Miramar, FL 33025 | | | Notice Only | | | | | $0.00 | $0.00 |

1

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Amber Frost Alford Garcia<br>9761 Marlin Road<br>Cutler Bay, FL 33157 | | | Notice Only | | | | | $0.00 | $0.00 |
| Aurora A Ali<br>9928 Nw 19th Place<br>Sunrise, FL 33322 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jamaal Santeni Allen<br>598 Oak Terrace<br>Bronx, NY 10454 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jacqueline F Allmond<br>333 Lenox Avenue<br>New York, NY 10027 | | | Notice Only | | | | | $0.00 | $0.00 |
| Damyury Almonte<br>506 W 162nd St Apt #1B<br>New York, NY 10032 | | | Notice Only | | | | | $0.00 | $0.00 |
| Eugene Ryan Alonzo<br>1 Huckleberry Drive<br>Princeton, NJ 08540 | | | Notice Only | | | | | $0.00 | $0.00 |
| Oscar Martin Alvarado<br>2516 NW 9th Terrace<br>Wilton Manors, FL 33311 | | | Notice Only | | | | | $0.00 | $0.00 |

2

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Ariana Alvarez Jimenez<br>1840 Middle River Drive<br>Fort Lauderdale, FL 33305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Paul Joseph Amarose Jr<br>1816 E Oakland Park Blvd #62<br>Fort Lauderdale, FL 33306 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jonite Andrade<br>6 Dolly Lane<br>Randolph, MA 02368 | | | Notice Only | | | | | $0.00 | $0.00 |
| Marjun M Apat<br>1119 Barbara St. Apt 15<br>Redondo Beach, CA 90277 | | | Notice Only | | | | | $0.00 | $0.00 |
| Dionne S Applewhaite<br>4917 Washington Street<br>Hollywood, FL 33031 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tania Lizeth Arevalo<br>5 Canterbury Lane Apt A<br>Wappinger Falls, NY 12590 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kirsten G. Arianejad<br>6607 Granada Dr<br>Palmdale, CA 93551 | | | Notice Only | | | | | $0.00 | $0.00 |

3

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Janet Ruth Armour- Jones<br>625 W 8th St Apt 3<br>San Pedro, CA 90731 | | | Notice Only | | | | | $0.00 | $0.00 |
| Karima Arrach<br>319 E 2nd St Apt 103<br>Hummelstown, PA 17036 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michael Steven Arredondo<br>7380 Stirling Road Apt 202<br>Hollywood, FL 33024 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rosalinda Atwell<br>1739 E. 1st Street #10<br>Long Beach, CA 90802 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stephany Avila<br>7300 NW 76th St<br>Tamarac, FL 33321 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jessenia Aviles<br>56 Jamestown Circle<br>Mays Landing, NJ 08330 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jennie M Babcanec<br>155 Florence Rd<br>New Brighton, PA 15066 | | | Notice Only | | | | | $0.00 | $0.00 |

4

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jonny Maria Bacik<br>22100 Victory Blvd D312<br>Woodland Hills, CA 91367 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tara Rae Bailey<br>14601 Wild Oak Way<br>Saratoga, CA 95070 | | | Notice Only | | | | | $0.00 | $0.00 |
| Thor T Bang<br>10905 Holly Cone Drive<br>Riverview, FL 33569 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vernie Leon E Baptiste<br>83-43 118th Street, Apt 2-O<br>Kew Gardens, NY 11415 | | | Notice Only | | | | | $0.00 | $0.00 |
| Mattias John Bard<br>326 W 4th Street<br>New York, NY 10014 | | Vacation Pay – 01/21; Contractual Severance -- 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $33,173.10 | $13,650.00 |
| Francesca Maria Barilla<br>606 SW Natura Blvd Apt 302<br>Deerfield Beach, FL 33441 | | | Notice Only | | | | | $0.00 | $0.00 |

5

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Marie O Barrett<br>23330 Arlington Ave Apt 56<br>Torrance, CA 90501 | | | Notice Only | | | | | $0.00 | $0.00 |
| Matilde Barrientos Rojas<br>709 West 169th Street Apt 6G<br>New York, NY 10032 | | | Notice Only | | | | | $0.00 | $0.00 |
| Romeo Alejandro Barrios Grajeda<br>1587 NE 173rd St<br>North Miami Beach, FL 33162 | | | Notice Only | | | | | $0.00 | $0.00 |
| Edwin Batista<br>992 Freeman Street Apt 3<br>Bronx, NY 10459 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kathryn Joan Beaulieu<br>1225 NW 51 Street<br>Miami, FL 33142 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rachel Beausang<br>137 Barrow Street, Apt 4A<br>New York, NY 10014 | | Contractual Severance – 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $6,666.66 | $6,666.00 |
| Paul Belley<br>34 Connecticut Avenue<br>Long Beach, NY 11561 | | | Notice Only | | | | | $0.00 | $0.00 |

6

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Christopher E Belton<br>1682 Dean Street Apt 3 Fl 3<br>Brooklyn, NY 11213 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rudolfo Beltran III<br>2141 Bridgegate Court<br>Westlake Village, CA 91361 | | | Notice Only | | | | | $0.00 | $0.00 |
| Grietje Joukje Bentulan<br>7800 SW 173 Terrace<br>Miami, FL 33157 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jenna Marie Bergstrom<br>1309 North Birchnell Avenue<br>San Dimas, CA 91773 | | | Notice Only | | | | | $0.00 | $0.00 |
| William Munro Bernd<br>462 Mesa Dr<br>Camarillo, CA 93010 | | | Notice Only | | | | | $0.00 | $0.00 |
| Venito Berrios<br>701 Beacon Valley Road Unit 16<br>Naugatuck, CT 06770 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rafael Bezerra Da Silva Candotti<br>58 Bushwick Ave Apt #7 A<br>Brooklyn, NY 11211 | | | Notice Only | | | | | $0.00 | $0.00 |

7

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Anthony L Blake<br>1488 5th Avenue Unit 4N<br>New York, NY 10035 | | | Notice Only | | | | | $0.00 | $0.00 |
| Blair F Blanchard<br>158 Dupont Street Apt 3-R<br>Brooklyn, NY 11222 | | | Notice Only | | | | | $0.00 | $0.00 |
| Thomas Christian Bland<br>1300 NE 3rd Street Unit 24<br>Fort Lauderdale, FL 33301 | | | Notice Only | | | | | $0.00 | $0.00 |
| Donovan Blyden<br>547 W 142nd Street Apt 25<br>New York, NY 10031 | | | Notice Only | | | | | $0.00 | $0.00 |
| Cheyenne Victoria Boatman Abidi<br>2422 Stonehaven Court West<br>Orange Park, FL 32065 | | | Notice Only | | | | | $0.00 | $0.00 |
| Emmanuel Bobadilla<br>8411 87th Street 3rd Fl<br>Woodhaven, NY 11421 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ashton Jomar Boston<br>1647 W Temple Street Apt 311<br>Los Angeles, CA 90026 | | | Notice Only | | | | | $0.00 | $0.00 |

8

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Joan Bosworth<br>1002 Villa Lane<br>Boynton Beach, FL 33435 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sarah M. Bower<br>P.O. Box 11086<br>Palm Desert, CA 92255 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michael Anthony-Noel Boyd<br>5710 Crescent Park East Apt 231<br>Playa Vista, CA 90094 | | | Notice Only | | | | | $0.00 | $0.00 |
| Phillip Eugene Bromley III<br>18119 Sundowner Way Unit 975<br>Canyon Country, CA 91387 | | | Notice Only | | | | | $0.00 | $0.00 |
| Brian Courtney Brooks<br>1750 NW 29th Terrace<br>Fort Lauderdale, FL 33311 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carli L. Brown<br>105 Edgeworth Street<br>Valley Stream, NY 11581 | | | Notice Only | | | | | $0.00 | $0.00 |
| Esther Brown<br>541 Watkins Street<br>Brooklyn, NY 11212 | | | Notice Only | | | | | $0.00 | $0.00 |

9

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Aleane Aloysius Bryan 1885 Schenectady Avenue Brooklyn, NY 11234 | | | Notice Only | | | | | $0.00 | $0.00 |
| Capricia Buchanan 114-30 Rockaway Beach Blvd #3D Rockaway Park, NY 11694 | | | Notice Only | | | | | $0.00 | $0.00 |
| Scott Michael Buitenkant 12 Peerless Drive Oyster Bay, NY 11771 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carolina Bullock 4 Darwin Road Old Bridge Township, NJ 08857 | | | Notice Only | | | | | $0.00 | $0.00 |
| Cassidy Burns 223 Beach 108th Street Rockaway Park, NY 11694 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kevin Alberto Caiafa 117 NW 42nd Avenue Apt 1009 Miami, FL 33126 | | | Notice Only | | | | | $0.00 | $0.00 |
| Giselle Calbimonte 226 Madison Street Apt 2 Hoboken, NJ 07030 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Armando Martin Cambana<br>575 Oaks Lane Apt 808 Building 61<br>Pompano Beach, FL 33069 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stephanie Mary Camilleri<br>41-42 73rd Street Apt 2N<br>Woodside, NY 11377 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michael Grant Campbell<br>1533 Sunflower Court<br>Palm Springs, CA 92262 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carlos Enrique Campos<br>2227 Wilder Street<br>Philadelphia, PA 19146 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole Campos<br>177 Harrison Avenue<br>Jersey City, NJ 07304 | | | Notice Only | | | | | $0.00 | $0.00 |
| Viviana Capelo<br>90-10 75th Street<br>Woodhaven, NY 11421 | | | Notice Only | | | | | $0.00 | $0.00 |
| Bianca N Capote<br>114 Coover Street<br>Leonia, NJ 07605 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Paige Lashea Carlisle<br>2900 NE 30th Street Apt 3D<br>Fort Lauderdale, FL 33306 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anastasia Carlsen<br>216 Aster Street<br>Massapequa Park, NY 11762 | | | Notice Only | | | | | $0.00 | $0.00 |
| Judy C. Carrillo<br>2700 Via Paseo Apt 3<br>Montebello, CA 90640 | | | Notice Only | | | | | $0.00 | $0.00 |
| Brandi Rose Carter<br>7740 Center Avenue<br>Ranch Cucamonga, CA 91730 | | | Notice Only | | | | | $0.00 | $0.00 |
| Manuel G Castineiras<br>3889 NW 6th Street<br>Miami, FL 33126 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jean Carlos Castro<br>101 Clifton Road<br>West Park, FL 33023 | | | Notice Only | | | | | $0.00 | $0.00 |
| Pearl Castro<br>9120 Mountain View Drive<br>Atascadero, CA 93422 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Victoria Lynn Cazorla<br>12 Hilltop Avenue<br>Newburgh, NY 12550 | | | Notice Only | | | | | $0.00 | $0.00 |
| Armando Cerezo Ceron<br>1444 NE 10th Avenue<br>Fort Lauderdale, FL 33304 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ryan Benjamin Cervantes<br>2407 W Raymond Street<br>Compton, CA 90220 | | | Notice Only | | | | | $0.00 | $0.00 |
| Warakanya Chaisiri<br>5411 90th Street 1st Floor<br>Elmhurst, NY 11373 | | | Notice Only | | | | | $0.00 | $0.00 |
| Daniel Chakarji<br>20712 Eastwood Court Apt 8<br>Torrance, CA 90503 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jennifer Lynne Chang<br>8180 Manitoba Street Unit 128<br>Playa Del Rey, CA 90293 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alexandra G Chansler<br>286 5th Avenue Apt 3C<br>Brooklyn, NY 11215 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Dayron Chaparro Lopez<br>909 SW 15th Avenue Apt 5<br>Miami, FL 33135 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alexus Inez Charlemagne<br>2664 SW 81st Terrace Unit 2660<br>Miramar, FL 33025 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shane Chen<br>6909 N Vista Street<br>San Gabriel, CA 91775 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vashann Amy Chestnut<br>17941 SW 11th Court<br>Pembroke Pines, FL 33029 | | | Notice Only | | | | | $0.00 | $0.00 |
| Maria Chiang<br>27925 Hazelridge Drive<br>Rancho Palos Verdes, CA 90275 | | | Notice Only | | | | | $0.00 | $0.00 |
| Starla R Clay<br>2511 Sweet Oak Street<br>Ocoee, FL 34761 | | | Notice Only | | | | | $0.00 | $0.00 |
| Hanna Renee Coates<br>309 5th Street Unit D<br>Huntington Beach, CA 92648 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Carlos Collado<br>28 Norwood Avenue<br>Brooklyn, NY 11208 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vanesa Collado<br>8441 88 Street 2nd Floor<br>Woodhaven, NY 11421 | | Vacation Pay – 01/21; Contractual Severance -- 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $24,133.86 | $13,650.00 |
| Michael T. Collier<br>227 4th Street<br>Davis, CA 95616 | | | Notice Only | | | | | $0.00 | $0.00 |
| Amelia Maria Colon<br>714 SW 56th Street<br>Cape Coral, FL 33914 | | | Notice Only | | | | | $0.00 | $0.00 |
| Chamely Colon<br>714 SW 56th Street<br>Cape Coral, FL 33914 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rosa Maria Colon<br>15501 Southwest 146th Avenue<br>Miami, FL 33177 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Christine N Comodeca<br>23 Mowbray Avenue<br>Bay Shore, NY 11706 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jose Alejandro Consuegra<br>738 East 53rd Street<br>Hialeah, FL 33013 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stacy S. Coombs<br>237 E Market Street<br>Long Beach, NY 11561 | | | Notice Only | | | | | $0.00 | $0.00 |
| Billie Jean Corsini<br>642 Jerome Street<br>Brooklyn, NY 11207 | | Contractual Severance – 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $3,810.00 | $3,810.00 |
| Alexander Cortes Pajoy<br>19390 Collins Avenue Apt 722<br>Sunny Isles Beach, FL 33160 | | | Notice Only | | | | | $0.00 | $0.00 |
| Christine M Couturier<br>2830 NE 30th Place Apt 4<br>Fort Lauderdale, FL 33306 | | | Notice Only | | | | | $0.00 | $0.00 |
| Abigail Judith Cracchiolo<br>240 W Santa Cruz Street Apt 105<br>San Pedro, CA 90731 | | | Notice Only | | | | | $0.00 | $0.00 |

16

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Miranda Ellen Critchell<br>140 Glendora Avenue<br>Long Beach, CA 90803 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sharon A Cruz<br>80-19 85th Road<br>Queens, NY 11421 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sarah Danaher<br>915 Benham Street<br>Hamden, CT 06514 | | | Notice Only | | | | | $0.00 | $0.00 |
| Artur Dancs<br>133 Pitt Street Apt 1222<br>New York, NY 10002 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kester Dandas<br>368 E 26th Street<br>Brooklyn, NY 11226 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anais Monique Dandridge<br>803 E Cyrene Street<br>Carson, CA 90746 | | | Notice Only | | | | | $0.00 | $0.00 |
| Abena Afra-Kunkumah Dapaah<br>112 Linden Boulevard Apt 2<br>Brooklyn, NY 11226 | | | Notice Only | | | | | $0.00 | $0.00 |

17

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jonathan Darias Ruiz<br>4220 24th Street Apt 19C<br>Long Island City, NY 11101 | | | Notice Only | | | | | $0.00 | $0.00 |
| Subhass Dath<br>14017 115th Avenue<br>Jamaica, NY 11436 | | | Notice Only | | | | | $0.00 | $0.00 |
| Christina Maria Davis<br>5703 Ranchito Avenue<br>Los Angeles, CA 91401 | | | Notice Only | | | | | $0.00 | $0.00 |
| Demetruis D Davis<br>5605 Cookman Drive<br>Tampa, FL 33619 | | | Notice Only | | | | | $0.00 | $0.00 |
| Silvia De Camargo Torrecilla<br>1170 NW 15th Court Apt 201<br>Boca Raton, FL 33486 | | | Notice Only | | | | | $0.00 | $0.00 |
| Theresa M De Sisto<br>21 Denmark Avenue<br>Milton, MA 02186 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sheila De Souza Freitas Anselmo<br>695 Halsey Street<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |

18

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Caroline De Vastey<br>551 SW 14th Ave Apt 3<br>Fort Lauderdale, FL 33312 | | | Notice Only | | | | | $0.00 | $0.00 |
| Penni N Deem<br>276 Brannon Forest Drive<br>Waynesville, NC 28785 | | | Notice Only | | | | | $0.00 | $0.00 |
| Maria Belen Del Canto Nicolau<br>4501 W Atlantic Blvd #1509<br>Coconut Creek, FL 33066 | | | Notice Only | | | | | $0.00 | $0.00 |
| George Richard Del Rosario<br>10385 SE 154th Cir Ct Unit 95<br>Miami, FL 33196 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jean-Edouard Desmornes<br>433 Wilson Ave, Apt 2R<br>Brooklyn, NY 11221 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gardy Fresnel Desroches<br>1151 NE 16th Ct Unit 11<br>Fort Lauderdale, FL 33305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michelle Elizabeth Dewdney<br>410 Milford Street<br>Brooklyn, NY 11208 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Celeste Di Maio<br>295 Thorn Street<br>Oceanside, NY 11572 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ashley Di Marco<br>125 W 31st Street Apt 26G<br>New York, NY 10001 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jose M Diaz Jr.<br>9185 SW 138th Place<br>Miami, FL 33186 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anabell Diaz<br>1365 Findlay Avenue Apt E3<br>Bronx, NY 10456 | | | Notice Only | | | | | $0.00 | $0.00 |
| Eillen Diaz<br>109-12 139th Street Apt 1<br>Jamaica, NY 11435 | | | Notice Only | | | | | $0.00 | $0.00 |
| Mychael R Diaz<br>341 Ives Dairy Road Apt 6<br>North Miami Beach, FL 33179 | | | Notice Only | | | | | $0.00 | $0.00 |
| Savark Dicupe<br>2421 65th Street<br>Brooklyn, NY 11204 | | | Notice Only | | | | | $0.00 | $0.00 |

20

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Lisa Dodson<br>2657 Fairway Cove Court<br>Wellington, FL 33414 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kyle T Doyle<br>87 Drew Drive<br>Eastport, NY 11941 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joshua Abraham Duce<br>10548 Stone Canyon Road #231<br>Dallas, TX 75230 | | Contractual Severance – 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $3,810.00 | $3,810.00 |
| Erin Margaret Duggan<br>79 Munro Blvd<br>Valley Stream, NY 11581 | | | Notice Only | | | | | $0.00 | $0.00 |
| Diana Dumitrescu<br>110-01 Jamaica Ave Apt 2R<br>Richmond Hill, NY 11418 | | | Notice Only | | | | | $0.00 | $0.00 |
| Russell Andre Duncan<br>5253 West 142nd Place<br>Hawthorne, CA 90250 | | | Notice Only | | | | | $0.00 | $0.00 |
| James M Dusharm<br>7421 Hitchcock Bay Lane<br>Harrisville, NY 13648 | | | Notice Only | | | | | $0.00 | $0.00 |

21

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| William Thomas Eads II 1865 N Fuller Avenue Apt 101 Los Angeles, CA 90046 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rafael Oscar Echemendia Vasquez 1200 Brickell Bay Drive Apt 2020 Miami, FL 33131 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rex L Edwards III 581 Linden Street West Hempstead, NY 11552 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rachel Mackenzie Ehlinger 530 Stonemoor Circle Roswell, GA 30075 | | | Notice Only | | | | | $0.00 | $0.00 |
| Chantal Ellis 225-30 106th Avenue Queens Village, NY 11429 | | | Notice Only | | | | | $0.00 | $0.00 |
| Christopher O Ellis 1608 Imperial Court Norcross, GA 30093 | | | Notice Only | | | | | $0.00 | $0.00 |
| Donesio R Ellis c/o Andrea Joseph 190 Cozine Avenue Building 6 #7G Brooklyn, NY 11207 | | | Notice Only | | | | | $0.00 | $0.00 |

22

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jennifer Ogechukwu Emetarom<br>464 Quincy Street #2<br>Brooklyn, NY 11221 | | | Notice Only | | | | | $0.00 | $0.00 |
| Enrique A Encarnacion Jr.<br>941 Simpson Street Apt 1C<br>Bronx, NY 10459 | | | Notice Only | | | | | $0.00 | $0.00 |
| Adriano Encina Brizuela<br>84-11 87th Street, 3rd FL<br>Woodhaven, NY 11421 | | | Notice Only | | | | | $0.00 | $0.00 |
| Andirica Nicole Engaling Beguin<br>632 NW 13th Street Apt 21<br>Boca Raton, FL 33486 | | | Notice Only | | | | | $0.00 | $0.00 |
| Devon Escudero<br>640 W 4th Street Unit 205<br>Long Beach, CA 90802 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rose Jellen V Espinosa<br>237 27 Davenport Avenue<br>Bellerose, NY 11426 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vincent A Esposito<br>404 Pacific Street<br>Massapequa, NY 11762 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Elizabeth Alexandra Essenfeld<br>po box 1790<br>Borrego Spring, CA 92004 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joseph Alan Ettleson<br>2900 NE 30th Street Apt 3D<br>Fort Lauderdale, FL 33306 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gabrielle Jo Fata<br>455 E Ocean Blvd Apt 906<br>Long Beach, CA 90802 | | | Notice Only | | | | | $0.00 | $0.00 |
| Reka Noreen Felenyi<br>27095 Teakwood Ct P.O. Box 1051<br>Lake Arrowhead, CA 92352 | | | Notice Only | | | | | $0.00 | $0.00 |
| Myrtha L Feliz Delgado<br>89-91 Fairview Ave #57<br>New York, NY 10040 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stacy-Ann Alicia Fequiere<br>35 Grove St Apt 2J<br>New York, NY 10014 | | | Notice Only | | | | | $0.00 | $0.00 |
| Victoria Ferguson<br>23602 Via Corsa<br>Valencia, CA 91355 | | Contractual Severance – 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $5,833.34 | $5,833.34 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Pamela Tahiri Festa- Vilchez<br>4300 Sherdian Street Apt 230<br>Hollywood, FL 33021 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alex Figueroa<br>12775 NW 27th Ave Apt 108<br>Miami, FL 33167 | | | Notice Only | | | | | $0.00 | $0.00 |
| Priscilla M Figueroa<br>12775 NW 27th Avenue Apt 108<br>Miami, FL 33167 | | | Notice Only | | | | | $0.00 | $0.00 |
| Paige Brittany Fitzgerald<br>180 E Dania Beach Blvd Apt 410<br>Dania, FL 33004 | | | Notice Only | | | | | $0.00 | $0.00 |
| Dara E Flattes-Ferrer<br>213 Gay Street Apt 1B<br>Phoenixville, PA 19460 | | | Notice Only | | | | | $0.00 | $0.00 |
| Keenan S. Flythe<br>15 Nancy Place<br>Massapequa, NY 11758 | | | Notice Only | | | | | $0.00 | $0.00 |
| Grace Ceila Fornasa<br>1845 Palm Cove Blvd., Apt. 302<br>Delray Beach, FL 33445 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Marcelo Andres Franco<br>74-18 Coldwell Ave<br>Middle Village, NY 11379 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kristin L Fulton<br>27 W 72nd St, Apt 502<br>New York, NY 10023 | | | Notice Only | | | | | $0.00 | $0.00 |
| Claudia Fundora<br>600 NW 6th St Apt 712<br>Miami, FL 33136 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joseph Salvadore Gabriel<br>1000 Chukker Road Apt A<br>Delray Beach, FL 33483 | | Contractual Severance – 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $3,810.00 | $3,810.00 |
| Marcela B Garcia Garcia Asturias<br>5070 Samet Drive Apt 2G<br>High Point, NC 27265 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alejandro Garcia<br>227 Antiquera Avenue Apt 303<br>Coral Gables, FL 33134 | | | Notice Only | | | | | $0.00 | $0.00 |
| Antonio A Garcia<br>250 Pacific Ave Apt 436<br>Long Beach, CA 90802 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Cambria Lynn Garcia<br>5823 Del Amo Blvd.<br>Lakewood, CA 90713 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anton Peter Gazenbeek<br>869 S 13th St<br>Newark, NJ 07108 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jennifer A Genovese<br>10 Peter Ave<br>Bayville, NY 11709 | | | Notice Only | | | | | $0.00 | $0.00 |
| Travis D Gensler<br>163 Bimini Place, Apt B<br>Los Angeles, CA 90004 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ashley L Geyer<br>672 Dogwood Ave Apt #307<br>Franklin Square, NY 11010 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lisa T Gibson<br>9601 SW 142nd Ave. Apt 611<br>Miami, FL 33186 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shamonte Sebrell Gobel<br>3551 Dunedin Dr #202<br>Chesapeake, VA 23321 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Renita S Gold<br>455 NW 32nd Ave Apt 103<br>Pompano Beach, FL 33069 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tibet H Gomez<br>50 East 102nd Str Apt 5B<br>New York, NY 10029 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ismael Gonzalez Ramos<br>1475 Sw 32nd Ct<br>Fort Lauderdale, FL 33315 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lucy Belinda Gonzalez<br>3305 S Timber St<br>Santa Ana, CA 92707 | | | Notice Only | | | | | $0.00 | $0.00 |
| Noemi Gonzalez<br>2413 Tortugas Lane<br>Ft. Lauderdale, FL 33312 | | | Notice Only | | | | | $0.00 | $0.00 |
| Mercedes Gonzalo<br>8114 Ibis Reserve Circle<br>West Palm Beach, FL 33412 | | | Notice Only | | | | | $0.00 | $0.00 |
| Desiree Noel Goudie<br>1372 Montgomery Road<br>Thousand Oaks, CA 91360 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Kathleen Grabowska<br>153 Guernsey St., Apt. 3R<br>Brooklyn, NY 11222 | | | Notice Only | | | | | $0.00 | $0.00 |
| Doreen Griffin<br>758 Centre Street APT 2<br>Trenton, NJ 08611 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carol Guasp Guerra<br>25-77 41st Street Apt 1<br>Long Island, NY 11103 | | | Notice Only | | | | | $0.00 | $0.00 |
| Melissa Kay Guidry<br>5401 Collins Ave Apt 425<br>Miami Beach, FL 33140 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alcides Gutierrez<br>50 Southeast 13th Terrace<br>Dania Beach, FL 33004 | | | Notice Only | | | | | $0.00 | $0.00 |
| Hailey Rebecca Hansen<br>308 La Canterra Court<br>Las Vegas, NV 89144 | | | Notice Only | | | | | $0.00 | $0.00 |
| Holly Suzanne Hansen<br>8260 Mondavi Pl<br>Rancho Cucamonga, CA 91730 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Vanessa R Harrigan<br>2290 University Ave Apt 1H<br>Bronx, NY 10468 | | | Notice Only | | | | | $0.00 | $0.00 |
| Billy W Harris<br>475 W 57th Street Apt 20D1<br>Manhattan, NY 10019 | | | Notice Only | | | | | $0.00 | $0.00 |
| David Leon Harris<br>111-25 179th Place<br>St.Albans, NY 11433 | | | Notice Only | | | | | $0.00 | $0.00 |
| Emily Rose Harris<br>5559 Micaela Dr.<br>Agoura Hills, CA 91301 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tracey Kimberly Harris<br>1621 Breton Hunt Lane<br>Suwanee, GA 30024 | | | Notice Only | | | | | $0.00 | $0.00 |
| Wayne E Harris<br>514 E Queen St Apt 5<br>Inglewood, CA 90301 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicholas Stephen Haywood<br>174 W 89th St APT 4C<br>New York, NY 10024 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Rina Heng<br>7208 Sellers Avenue<br>Upper Darby, PA 19082 | | | Notice Only | | | | | $0.00 | $0.00 |
| Aileen Hernandez Moreno<br>2756 West 54th Street<br>Hialeah, FL 33016 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lara Lisette Hickox<br>7750 SW 114 Street<br>Miami, FL 33156 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shirley Melissa Hidalgo<br>715 NE 6th Street 5C<br>Fort Lauderdale, FL 33304 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lisa A Hodge<br>776 Halsey St Apt #1<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gena Holm<br>11840 Metropolitan Ave. Apt 4K<br>Kew Gardens, NY 11415 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vicky Lynn Hood<br>689 Temple Ave #304<br>Long Beach, CA 90814 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Chen Huang<br>1524 S Jellick Ave Apt H<br>Rowland Heights, CA 91748 | | | Notice Only | | | | | $0.00 | $0.00 |
| Logan Micheal Huffman<br>2001 Cove Lake Road<br>North Lauderdale, FL 33068 | | | Notice Only | | | | | $0.00 | $0.00 |
| Angelica Kay Hutchings<br>9503 Linda Ln<br>Cypress, CA 90630 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sun-Eil Hyppolite<br>20949 Boca Ridge Dr South<br>Boca Raton, FL 33428 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sylvia J Jablonowski<br>2052 Gates Ave Apt # 1R<br>Ridgewood, NY 11385 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jhenelle M Jacas<br>2421 NE 65th St Unit # 418<br>Fort Lauderdale, FL 33308 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joshua Mitchell Jackson<br>6822 22nd Ave N Unit 145<br>Saint Petersburg, FL 33710 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Beate Jakobsen<br>709 NE 1st Street<br>Pompano Beach, FL 33060 | | Vacation Pay – 01/21; Contractual Severance -- 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $29,470.35 | $13,650.00 |
| Diana Lee Jernberg<br>908 Suntree Woods Dr<br>Melbourne, FL 32940 | | | Notice Only | | | | | $0.00 | $0.00 |
| Liann Jimenez<br>702 Southwest McCracken Avenue<br>Port St. Lucie, FL 34953 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tiffany Marie Joerger<br>225 S Grand Ave Apt 804<br>Los Angeles, CA 90012 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shayle Levon Ariel Johnson<br>15474 SW 114th Street<br>Miami, FL 33196 | | | Notice Only | | | | | $0.00 | $0.00 |
| Donald W Jones<br>4501 W Atlantic Blvd Apt 1509<br>Coconut Creek, FL 33066 | | | Notice Only | | | | | $0.00 | $0.00 |

33

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Antonio A Garcia<br>250 Pacific Ave Apt 436<br>Long Beach,  90802 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole D Jones<br>742 St Nicholas Ave Apt #12A<br>New York, NY 10031 | | | Notice Only | | | | | $0.00 | $0.00 |
| Devon Linette Joslin<br>15245 La Maida Street Apt 102<br>Sherman Oaks, CA 91403 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rhiannon Susan Joslyn<br>75 W Chester Street<br>Kingston, NY 12401 | | | Notice Only | | | | | $0.00 | $0.00 |
| Aleksandra Juzwik<br>2900 Park Newport Apt 330<br>Newport Beach, CA 92660 | | | Notice Only | | | | | $0.00 | $0.00 |
| Matthew R Kahn<br>13 Ludlow Street Apt 10<br>New York, NY 10002 | | | Notice Only | | | | | $0.00 | $0.00 |
| Malama Kamara-Madej<br>8650 77th Street Apt 6B<br>Jamaica, NY 11421 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Viktorija Karaciuba<br>16 Debbie Trail<br>Hampton Bays, NY 11946 | | | Notice Only | | | | | $0.00 | $0.00 |
| Colleen Catherine Keefe<br>214 New York Avenue<br>New Brunswick, NJ 08901 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tracie De Ann Kelley<br>2600 Peachtree Lane<br>McKinney, TX 75072 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kendra Rochell Kimble<br>1244 Teller Ave #3<br>Bronx, NY 10456 | | | Notice Only | | | | | $0.00 | $0.00 |
| Benjamin Jesse Kneifel<br>4064 Front Street Apt. #4<br>San Diego, CA 92103 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sara A Komor<br>95 E Crescent Ave<br>Ramsey, NJ 07446 | | | Notice Only | | | | | $0.00 | $0.00 |
| Dawn M Kush<br>2393 Silver Lake Blvd Apt #3<br>Los Angeles, CA 90039 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Joshua Andrew Lahti<br>831 Anna St Apt 2<br>Elizabeth, NJ 07201 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jessica L Lamar<br>206 33rd Str Apt 2<br>Brooklyn, NY 11232 | | | Notice Only | | | | | $0.00 | $0.00 |
| Douglas A Lauriano<br>1471 Second Avenue<br>New York, NY 10075 | | | Notice Only | | | | | $0.00 | $0.00 |
| Dean Anthony Lawrence<br>3207 NW 32nd Terrace<br>Oakland Park, FL 33309 | | | Notice Only | | | | | $0.00 | $0.00 |
| Cydney Nicole Leath<br>8952 1/2 Wilbur Ave<br>Los Angeles, CA 91324 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sabrina Micaela Ledesma Aguilera<br>700 SW 8th Ave 5A<br>Hallandale Beach, FL 33009 | | | Notice Only | | | | | $0.00 | $0.00 |
| Bruce Lee-Nunez<br>4685 Northwest 9th St Apt 208<br>Miami, FL 33126 | | | Notice Only | | | | | $0.00 | $0.00 |

36

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Gustavo Leguizamon Russo<br>3232 Ne 5th Street<br>Pompano Beach, FL 33062 | | | Notice Only | | | | | $0.00 | $0.00 |
| Brette Lemieux<br>340 Maple St Apt 1<br>Brooklyn, NY 11225 | | | Notice Only | | | | | $0.00 | $0.00 |
| David Leon Alba<br>4710 NW 48th Terrace<br>Tamarac, FL 33319 | | | Notice Only | | | | | $0.00 | $0.00 |
| Viktor Leshchenko<br>196 MacDougal Street Apt 1L<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |
| Victoria Elizabeth Lewers<br>4840 NW 55th Drive<br>Coconut Creek, FL 33073 | | | Notice Only | | | | | $0.00 | $0.00 |
| Crystal Lewis<br>359 Skidmore Road<br>Deer Park, NY 11729 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sarah A Li<br>111-11 112th Street 2nd Floor<br>South Ozone Park, NY 11420 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Grace Liang<br>11148 Ferragamo Ct<br>Las Vegas, NV 89141 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kedoo Anthony Lightbody<br>63-14 Queens Blvd Apt 2B<br>Woodside, NY 11377 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ryan Cheng-Hung Lin<br>2314 Dahlia Drive<br>Tustin, CA 92780 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carolina Linares Garcia<br>44 Dumas Road<br>Old Bridge, NJ 08857 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anders P. Lindstrom<br>375 South End Avenue, #8A<br>New York, NY 10280 | | Vacation Pay – 01/21; Contractual Severance -- 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $21,664.77 | $13,650.00 |
| Tairys M Lopez Polanco<br>85-30 Dumont Ave Apt 12A<br>Ozone Park, NY 11417 | | | Notice Only | | | | | $0.00 | $0.00 |

38

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jacqueline Lopez<br>202 Brighton 10th Street<br>Brooklyn, NY 11235 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kye G. Lopez<br>30 Palisade Street #2N<br>Dobbs Ferry, NY 10522 | | | Notice Only | | | | | $0.00 | $0.00 |
| Manfred R Lopez<br>8431 122nd Street<br>Kew Gardens, NY 11415 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ray Lopez<br>570 Beechwood Avenue<br>Bridgeport, CT 06604 | | | Notice Only | | | | | $0.00 | $0.00 |
| Diego Lopez-Linares Moratinos<br>225 NW 33rd Terace Apt 304<br>Pompano Beach, FL 33096 | | | Notice Only | | | | | $0.00 | $0.00 |
| Valentin Lorien<br>P.O. Box 21761<br>Fort Lauderdale, FL 33335 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jay-Ar Winchester Luceros<br>10670 Paramount Boulevard<br>Downey, CA 90241 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Carlos Ramon Lugo Gonzalez<br>3000 S. Ocean Drive Apt 816<br>Hollywood, FL 33019 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stephan Maclaurin<br>301 NW 26th Court<br>Wilton Manors, FL 33311 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sybil Alexandra Madrid<br>2641 N Flamingo Road Apt 1505<br>Sunrise, FL 33323 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stephanie Magat<br>303 Stegman Parkway Apt 303 Fl 1<br>Jersey City, NJ 07305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kathy Manzi<br>107 David Street<br>Staten Island, NY 10308 | | | Notice Only | | | | | $0.00 | $0.00 |
| Keithon Jabari Marcus<br>322 Convent Avenue #4A<br>New York, NY 10031 | | | Notice Only | | | | | $0.00 | $0.00 |
| Desislava Angelova Marinov<br>301 NW 26th Court<br>Wilton Manors, FL 33311 | | | Notice Only | | | | | $0.00 | $0.00 |

40

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Monica Marks<br>741 Peconic Street<br>Ronkonkoma, NY 11779 | | | Notice Only | | | | | $0.00 | $0.00 |
| Indiana Sharkist Martin<br>1733 Cayuga Road<br>Utica, MS 39175 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alejandro Martinez Zayas<br>441 NE 195th Street Apt 405<br>Miami, FL 33179 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carlos Martinez<br>600 W 204th St Apt 22<br>New York, NY 10034 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ignacio Martinez<br>8263 Riverside Station Blvd<br>Secaucus, NJ 07094 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joshua Free Martinez<br>755 NE 40th St<br>Oakland Park, FL 33334 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ryan Masters<br>244 B Everly Court<br>Mount Laurel, NJ 08054 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Victoria L Matthew<br>80 Westwood Drive Apt 207<br>Westbury, NY 11590 | | | Notice Only | | | | | $0.00 | $0.00 |
| Karen Pearl Mazur<br>738 Birch Mountain Road<br>Manchester, CT 06040 | | | Notice Only | | | | | $0.00 | $0.00 |
| Taylor Leigh McCracken<br>745 Sherbrook Drive<br>Richardson, TX 75080 | | | Notice Only | | | | | $0.00 | $0.00 |
| Roshauna Anthonette Mc Gowan<br>1114 SW Colorado Avenue<br>Port St. Lucie, FL 34953 | | | Notice Only | | | | | $0.00 | $0.00 |
| Patrick E McClave<br>301 NE 5th Avenue<br>Boca Raton, FL 33432 | | | Notice Only | | | | | $0.00 | $0.00 |
| Moya Mcdowell<br>2 Hawk Lane<br>Poughkeepsie, NY 12601 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lauren E McGough<br>116 Mayfair Road<br>Warwick, RI 02909 | | | Notice Only | | | | | $0.00 | $0.00 |

42

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Lincoln Dee McMahon<br>242 E 50th Street Apt 5C<br>New York, NY 10022 | | | Notice Only | | | | | $0.00 | $0.00 |
| Devin Jonathan Mejia<br>40-09 194th Street Apt P.H.<br>Flushing, NY 11358 | | | Notice Only | | | | | $0.00 | $0.00 |
| Eduardo Mejia<br>11566 Barman Avenue<br>Culver City, CA 90230 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sharon Cynthia Mejia<br>40-09 194th Street<br>Flushing, NY 11358 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jenniffer Menco<br>10108 SW 13th Street Apt 103<br>Pembroke Pines, FL 33025 | | | Notice Only | | | | | $0.00 | $0.00 |
| Yessenia Mendez<br>2 Keystone Park<br>Middletown, NY 10940 | | | Notice Only | | | | | $0.00 | $0.00 |
| Cristina Roxanne Mera<br>122 Parkside Drive<br>Suffern, NY 10901 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Joanna Denise Merback<br>1963 Marsh Hen Village<br>DeLand, FL 32720 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jorge Daniel Mercado Lebron<br>1840 Middle River Drive<br>Fort Lauderdale, FL 33305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stefanie Marie Merola<br>46 Waterview Pl<br>Lynbrook, NY 11563 | | | Notice Only | | | | | $0.00 | $0.00 |
| Robert Lewis Meyer<br>1264 Fernglen Ln<br>San Dimas, CA 91773 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kevin Michel<br>32-57 43rd St Apt 3R<br>Queens, NY 11103 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tamarah Sweeney Michel<br>9243 Pineville Dr<br>Lake Worth, FL 33467 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nidhal G Mikhaell<br>4405 Mariners Cove Dr.<br>Wellington, FL 33449 | | | Notice Only | | | | | $0.00 | $0.00 |

44

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Fabian Milanes<br>1121 SW 122nd Avenue Apt 408<br>Miami, FL 33184 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kayla Marie Milewski<br>5316 Vermella Way<br>Lyndhurst, NJ 07071 | | | Notice Only | | | | | $0.00 | $0.00 |
| Margaret Anne Mills<br>61 Summit Street<br>Nyack, NY 10960 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ramon J Mims<br>414 S Virgil Avenue #324<br>Los Angeles, CA 90020 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michelle D Mitchell<br>1299 Brentwood Drive<br>East Stroudsburg, PA 18301 | | | Notice Only | | | | | $0.00 | $0.00 |
| Megan Abby Mlnarik<br>24 Kane Place Apt #3<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |
| Azib Mohammad<br>2442 32nd Street<br>Astoria, NY 11102 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Carmen Alicia Molina 26005 Oak Street Apt 20 Lomita, CA 90717 | | | Notice Only | | | | | $0.00 | $0.00 |
| Csaba Molnar 401 NE 1st Court, Apt 3 Hallandale Beach, FL 33009 | | | Notice Only | | | | | $0.00 | $0.00 |
| Edgardo Luis Monge-Oraa 650 West Avenue 1605 Miami Beach, FL 33139 | | | Notice Only | | | | | $0.00 | $0.00 |
| Carissa Jane Morales 4454 West 141st Street Apt #C Hawthorne, CA 90250 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kelly Morales 4580 Concord Landing Drive Apt 204 Orlando, FL 32839 | | | Notice Only | | | | | $0.00 | $0.00 |
| Luis Antonio Morales 332 Sw Hollyhock Court Port Saint Lucie, FL 34953 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vanessa Morales 32-19 97th Street East Elmhurst, NY 11369 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| John Alexander Moreno<br>915 NW 1st Ave Apt 2904<br>Miami, FL 33136 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nina M Morgan<br>2826 Barrel Cactus Drive<br>Henderson, NV 89074 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicola Simone Morris<br>172 Ashby Cove Lane<br>New Smyrna Beach, FL 32168 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michael Morrissey<br>658 W. Penn St.<br>Long Beach, NY 11561 | | | Notice Only | | | | | $0.00 | $0.00 |
| Katarzyna Mroczek<br>5560-a Sw 78th Street<br>Miami, FL 33143 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lindsay P Mullen<br>1001 NE 3rd Avenue<br>Boca Raton, FL 33432 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anthony James Michael Murnane<br>1470 N Dixie Hwy Apt 12<br>Fort Lauderdale, FL 33304 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Anthony Charles Murphy<br>17 Spring Hollow Road<br>Nissequogue, NY 11780 | | | Notice Only | | | | | $0.00 | $0.00 |
| Taisy A Murray<br>167-39 145th Drive #2<br>Queens, NY 11434 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gustavo Muzi Bittencourt<br>2005 Ocean Walk Terrace #311<br>Pompano Beach, FL 33062 | | | Notice Only | | | | | $0.00 | $0.00 |
| Christian A Nadal<br>65-05 Yellowstone Blvd Apt # 6A<br>Forest Hills, NY 11375 | | | Notice Only | | | | | $0.00 | $0.00 |
| Monyetta Nicole Nation<br>1441 Bushwick Avenue #2R<br>Brooklyn, NY 11207 | | | Notice Only | | | | | $0.00 | $0.00 |
| Charlene Christabelle Nava<br>814 East Windsor Road Apt 109<br>Glendale, CA 91205 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kevin Raul Navarro<br>4750 59th Street Apt 1J<br>Flushing, NY 11377 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Juliette Vanessa Nelson<br>1269 Amin Circle<br>Corona, CA 92881 | | | Notice Only | | | | | $0.00 | $0.00 |
| Marcia Lynn Neumeier<br>1217 N Formosa Ave Apt 6<br>West Hollywood, CA 90046 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jerome Newman<br>1151 NE 16th Ct Unit 11<br>Fort Lauderdale, FL 33305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Madicke Niang<br>1024 Cauldwell Avenue 1st Floor<br>Bronx, NY 10456 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jawanza Nicklette<br>1455 Geneva Loop Apt 5C<br>Brooklyn, NY 11239 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ariel Nieves<br>107-63 92nd Street<br>Ozone Park, NY 11417 | | | Notice Only | | | | | $0.00 | $0.00 |
| Angela Nilson<br>95 Kent St. Apt 3<br>Brooklyn, NY 11222 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Alyssa Lauren Noble 18636 Elaine Avenue Artesia, CA 90701 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole C Noelle-Williams 12026 NW 11th Street Pembroke Pines, FL 33026 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sarah Christine Norris 4179 Haymaker Lane Dublin, OH 43017 | | | Notice Only | | | | | $0.00 | $0.00 |
| Melissa Ann O'Gorman 240 Carnation Avenue Floral Park, NY 11001 | | | Notice Only | | | | | $0.00 | $0.00 |
| Oluwakunmi Oladayo Olasanoye 580 W 215th Street Apt 5F New York, NY 10034 | | | Notice Only | | | | | $0.00 | $0.00 |
| Natalia V. Olef 21 Aldingham Circle East Brunswick, NJ 08816 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kristy Marie O'Neal 70 Main Street Cold Spring, NY 10516 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Frederick Borrego Ordanez<br>943 Willoughby Avenue<br>Brooklyn, NY 11221 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joseph Randolph Osborne<br>153 Chauncey Street Apt 2C<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |
| Towanda Denise Outlaw<br>225 Garland Avenue<br>Decatur, GA 30030 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tyler Anthony Pacheco<br>831 Southwest 3rd Street<br>Hallandale Beach, FL 33009 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nilda Elena Pages<br>1900 N Bayshore Drive Apt 4802<br>Miami, FL 33132 | | | Notice Only | | | | | $0.00 | $0.00 |
| Agrippina Palamarchuk<br>6000 NW 2nd Avenue Apt 134<br>Boca Raton, FL 33487 | | | Notice Only | | | | | $0.00 | $0.00 |
| Darren Patrick Park<br>39 Peach Blossom Road South<br>Hilton, NY 14468 | | | Notice Only | | | | | $0.00 | $0.00 |

51

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Sarinya Patthanatham<br>4086 N Pine Island Road Unit 515<br>Sunrise, FL 33351 | | | Notice Only | | | | | $0.00 | $0.00 |
| Robert Paula<br>600 W 138th Street Apt 61<br>New York, NY 10031 | | | Notice Only | | | | | $0.00 | $0.00 |
| Theodore James Pavlik<br>1141 Ancient Timber Avenue<br>Henderson, NV 89052 | | | Notice Only | | | | | $0.00 | $0.00 |
| Brittany Alexandra Payton<br>37 Mapes Avenue, Apt. 1<br>Newark, NJ 07112 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicholas Peck<br>4112 Bemis Street<br>Los Angeles, CA 90039 | | | Notice Only | | | | | $0.00 | $0.00 |
| Karsten Eric Pedersen<br>8900 NE 8th Avenue Apt 1108<br>Miami, FL 33138 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nijmeged Peguero<br>525 E 156th Street Apt C<br>Bronx, NY 10455 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Steven Penagos<br>7175 Orange Drive Apt 218H<br>Davie, FL 33314 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kelvin D Perdomo<br>2830 NE 30th Place Apt 4<br>Fort Lauderdale, FL 33306 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jesus Perea Martin<br>1345 E 4th Street Apt 6E<br>Brooklyn, NY 11230 | | | Notice Only | | | | | $0.00 | $0.00 |
| Angelica Perez Martinez<br>65-01 79th Street<br>Middle Village, NY 11379 | | | Notice Only | | | | | $0.00 | $0.00 |
| Pablo Perfecto<br>6502 Kingman Avenue Apt #3<br>Buena Park, CA 90621 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tamatha Kay Perryman<br>1505 South Magnolia Avenue<br>Sanford, FL 32771 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stefanie Petropoulos<br>20 Pine Street<br>New York, NY 10005 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Nicolas Piedra Buena<br>441 NE 195th St. Apt. 405<br>Miami, FL 33179 | | | Notice Only | | | | | $0.00 | $0.00 |
| Daqual Pierce<br>172-40 133rd Ave APT 3C<br>Jamaica, NY 11434 | | | Notice Only | | | | | $0.00 | $0.00 |
| Astrid S Pincus<br>2641 N Flamingo Road Apt 2302N<br>Sunrise, FL 33323 | | | Notice Only | | | | | $0.00 | $0.00 |
| Najeem Ahmad Popal<br>3948 Shawnee Ridge Street<br>Las Vegas, NV 89129 | | | Notice Only | | | | | $0.00 | $0.00 |
| Katarina Posobiec Perko<br>5 Avon Rd<br>Hewlett, NY 11557 | | | Notice Only | | | | | $0.00 | $0.00 |
| Christine Catherine Poullath<br>32024 Merlot Crest<br>Temecula, CA 92591 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gail Pyanin<br>337 Ionia Avenue<br>Staten Island, NY 10312 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Ashley L. Pyron<br>250 Ashland Place Apt 4E<br>Brooklyn, NY 11217 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sal Mohmmad Qadiri<br>3659 Spring Shower Drive<br>Las Vegas, NV 89147 | | | Notice Only | | | | | $0.00 | $0.00 |
| Arnulfo Ramirez Orozco<br>555 Commuity Lane Apt 73<br>Woodland, CA 95695 | | | Notice Only | | | | | $0.00 | $0.00 |
| Christopher Shar Reddick Johnson<br>1303 S Vermont Avenue #4<br>Los Angeles, CA 90006 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tyler Kent Reglin<br>999 NE 23rd Drive Apt 103<br>Wilton Manors, FL 33305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Brianna Shadae Reid<br>149-82 Weller Lane<br>Rosedale, NY 11422 | | | Notice Only | | | | | $0.00 | $0.00 |
| Robin Lynne Reinbold<br>1847 7th Street<br>Los Osos, CA 93402 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Elena Resina Del Valle<br>731 Hamilton Avenue<br>Ridgefield, NJ 07657 | | | Notice Only | | | | | $0.00 | $0.00 |
| Chelsea Nicole Reyes<br>1808 NE 11th Ave Apt 1<br>Fort Lauderdale, FL 33305 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jimmy Bryan Rivas<br>11906 Olive St Unit B<br>Norwalk, CA 90650 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole Roach<br>18 Firdale Street<br>Centereach, NY 11720 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tracy Lynn Rochford<br>915 Ardmore Road<br>West Palm Beach, FL 33401 | | | Notice Only | | | | | $0.00 | $0.00 |
| Heriberto Rodriguez Jr.<br>3601 Van Buren St Apt 37<br>Hollywood, FL 33021 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joanna R Rodriguez<br>671 East Grove Street<br>Rialto, CA 92376 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Phillip Rodriguez<br>83-20 124th Place Apt 2<br>Kew Gardens, NY 11415 | | | Notice Only | | | | | $0.00 | $0.00 |
| Wanda P Rodriguez<br>5733 Cooper Avenue Apt 1B<br>Ridgewood, NY 11385 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ileana Romero<br>45 A Meadow Glen Rd.<br>Northport, NY 11768 | | | Notice Only | | | | | $0.00 | $0.00 |
| Annette Maria Rosa<br>540 Audubon Avenue Apt 53<br>New York, NY 10040 | | | Notice Only | | | | | $0.00 | $0.00 |
| William D Rosado<br>606 Harding Park<br>Bronx, NY 10473 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alex Rosa-Valentin<br>1500 NE 49th Street<br>Oakland Park, FL 33334 | | | Notice Only | | | | | $0.00 | $0.00 |
| Zachary Louis Rosenthal<br>3186 Taft Street<br>Hollywood, FL 33021 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jady Ruiz Batista<br>2 Fawn Court<br>Freehold, NJ 07728 | | | Notice Only | | | | | $0.00 | $0.00 |
| Diana Patricia Ruiz<br>8002 Lagos De Campo Blvd #301B<br>Tamarac, FL 33321 | | Contractual Severance – 02/21 | 11 U.S.C. §507(a)(4)(A) | | | | | $7,500.00 | $7,500.00 |
| Tracy Ruvalcaba<br>701 East 46th Street Apt 14<br>Long Beach, CA 90807 | | | Notice Only | | | | | $0.00 | $0.00 |
| Volha Safarova<br>8415 4th Avenue Apt B11<br>Brooklyn, NY 11209 | | | Notice Only | | | | | $0.00 | $0.00 |
| Thongkorn Archasai Sahagun<br>824 McCrae Drive<br>Newport News, VA 23608 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shirley Mae Salazar Canlas<br>140 Huyshope Avenue Apt 408<br>Hartford, CT 06106 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stephany Sanchez<br>24 Kane Place Apt 3<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |

58

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jorge Luis Santovenia II<br>12350 SW 192nd Terrace<br>Miami, FL 33177 | | | Notice Only | | | | | $0.00 | $0.00 |
| Asawari Sawant<br>98-10 64th Avenue Apt 6A<br>Rego Park, NY 11374 | | | Notice Only | | | | | $0.00 | $0.00 |
| Mia Alexandria Schmidt<br>1118 Jefferson Avenue Apt 1<br>Brooklyn, NY 11221 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michael John Schuerger<br>1301 SW 10th Avenue<br>Deerfield Beach, FL 33441 | | | Notice Only | | | | | $0.00 | $0.00 |
| Asia C. Sebrell<br>5 Lawrence Street Apt 454<br>Bloomfield, NJ 07003 | | | Notice Only | | | | | $0.00 | $0.00 |
| Falou Louis Seck<br>710 Washington Avenue Apt 218<br>Miami Beach, FL 33139 | | | Notice Only | | | | | $0.00 | $0.00 |
| Onur Sengul<br>111 Pemberton-Browns Mills Rd #8033<br>Browns Mills, NJ 08015 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Yadira Liz Serrano Montalvo<br>776 Halsey St Apt 1<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |
| Simone Sevsik<br>3060 Crescent Street Apt 4B<br>Astoria, NY 11102 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ankiet Sharad<br>6 North Forestview Lane<br>Aurora, IL 60502 | | | Notice Only | | | | | $0.00 | $0.00 |
| Deborah Karen Shea<br>231 NE 43 Street<br>Oakland Park, FL 33334 | | | Notice Only | | | | | $0.00 | $0.00 |
| Deborah Karen Shea<br>231 NE 43 Street<br>Oakland Park, FL 33334 | | | Notice Only | | | | | $0.00 | $0.00 |
| Natasha A Shields<br>174 W 89th Street, Apt 4C<br>New York, NY 10024 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole Michelle Shore<br>1408 Congressional Way<br>Deerfield Beach, FL 33442 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Keren Sierra<br>13270 NW 11 Terrace<br>Miami, FL 33182 | | | Notice Only | | | | | $0.00 | $0.00 |
| Virginia Scarlett Silberberg<br>550 Bayshore Drive Apt 517<br>Fort Lauderdale, FL 33304 | | | Notice Only | | | | | $0.00 | $0.00 |
| Andrea K Siliggi<br>2860 NE 14th Street Apt 305<br>Pompano Beach, FL 33062 | | | Notice Only | | | | | $0.00 | $0.00 |
| Sergio Silva<br>501 NE 5th Terrace Apt 107<br>Fort Lauderdale, FL 33301 | | | Notice Only | | | | | $0.00 | $0.00 |
| Anne Gine Silveira<br>629 SW 1st Avenue<br>Pompano Beach, FL 33060 | | Vacation Pay – 01/21; Contractual Severance -- 02/21 | 11 U.S.C. §507(a)(4)(A) | | | | | $15,608.49 | $13,650.00 |
| Adam Peters Sinisgalli<br>86 SW 8th Street Unit 2309<br>Miami, FL 33130 | | | Notice Only | | | | | $0.00 | $0.00 |

61

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Azra Skornja<br>445 Lambourne Avenue<br>Salt Lake City, UT 84115 | | | Notice Only | | | | | $0.00 | $0.00 |
| Keshaa Nakkia Smith<br>9355 Pioneer Boulevard #205<br>Santa Fe Springs, CA 90670 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kheo Rasmos Smith<br>58 Montrose Street<br>Newark, NJ 07106 | | | Notice Only | | | | | $0.00 | $0.00 |
| Marquece Antoinell Smith<br>110 Lake Emerald Drive #306<br>Oakland Park, FL 33309 | | | Notice Only | | | | | $0.00 | $0.00 |
| Melvin E Smith<br>10505 Horseshoe Falls CT<br>Las Vegas, NV 89144 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole A Smith<br>1735 N Fuller Avenue #423<br>Los Angeles, CA 90046 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rebecca Lynn Smith<br>330 NW 67th Street Apt. D 201<br>Boca Raton, FL 33487 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jamel Eugene Smoak<br>253 E 181st Street Apt 6B<br>Bronx, NY 10457 | | | Notice Only | | | | | $0.00 | $0.00 |
| Dawn M Smyth<br>400 Hauser Boulevard #6D<br>Los Angeles, CA 90036 | | | Notice Only | | | | | $0.00 | $0.00 |
| Trista Helene Soderberg<br>5781 Cape Harbour Drive #1507<br>Cape Coral, FL 33914 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ramon A Soto<br>1739 East First Street Apt. 10<br>Long Beach, CA 90802 | | | Notice Only | | | | | $0.00 | $0.00 |
| Matthew David Soucie<br>71 Paxton Street<br>Leicester, MA 01524 | | | Notice Only | | | | | $0.00 | $0.00 |
| Andrew Sripimonwan<br>25507 Crockett Lane<br>Stevenson Ranch, CA 91381 | | | Notice Only | | | | | $0.00 | $0.00 |
| Maria E Staudenmeier<br>11135 Weddington St, Apt 242<br>North Hollywood, CA 91601 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Michael Moss Stephenson<br>65 Lake Dornoch Drive<br>Pinehurst, NC 28374 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kjersti Stokkland<br>1104 Cedar Falls Drive<br>Weston, FL 33327 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tracy Alea Stone<br>3155 W Buena Vista Drive<br>Margate, FL 33063 | | | Notice Only | | | | | $0.00 | $0.00 |
| Atle Straume<br>737 Olive Way #2400<br>Seattle, WA 98101 | | Vacation Pay – 01/21; Contractual Severance -- 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $72,060.30 | $13,650.00 |
| Tyisha Stulic<br>625 West 140th Street Apt 9I<br>New York, NY 10031 | | | Notice Only | | | | | $0.00 | $0.00 |
| Marina Suberlyak<br>509 E 77th Street Apt 5O<br>New York, NY 10075 | | Contractual Severance – 02/21 | 11 U.S.C. § 507(a)(4)(A) | | | | | $11,250.00 | $11,250.00 |

64

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Michael Christopher Sullo<br>201 W Jersey Street Apt 208<br>Elizabeth, NJ 07202 | | | Notice Only | | | | | $0.00 | $0.00 |
| Alison M Sutherland<br>Flat 54 Exchange Court<br>Croydon, Surrey CR0 2WR | | | Notice Only | | | | | $0.00 | $0.00 |
| Kelly Paige Swank<br>14800 Tetherclift Street<br>Davie, FL 33331 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kyleen Meghan Sweeney<br>5443 NW 54th Drive<br>Coconut Creek, FL 33073 | | | Notice Only | | | | | $0.00 | $0.00 |
| Angela R Taylor<br>695 Halsey Street Apt GF<br>Brooklyn, NY 11233 | | | Notice Only | | | | | $0.00 | $0.00 |
| Herman Tchigirinski<br>107-D Amberly Drive<br>Manalapan, NJ 07726 | | | Notice Only | | | | | $0.00 | $0.00 |
| Helen Teike<br>73 Smith Hill Road<br>Airmont, NY 10952 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Marissa Testani<br>150 S Ocean Avenue #1A<br>Freeport, NY 11520 | | | Notice Only | | | | | $0.00 | $0.00 |
| Ayana Makeiba Thomas<br>6720 Congress Avenue #307<br>Boca Raton, FL 33487 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joie Daynee Thomas<br>629 E Palm Drive Apt 3-306<br>Florida City, FL 33034 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shalanda M Thomas<br>9736 Nw 26th Avenue<br>Miami, FL 33147 | | | Notice Only | | | | | $0.00 | $0.00 |
| Stephanie Sloane Thompson<br>4100 Davison Street<br>Pittsburgh, PA 15201 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nadia V Timol<br>6100 S Falls Circle Drive Apt 114<br>Lauderhill, FL 33319 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gustavo A Torres<br>3680 Nw 18 Avenue<br>Oakland Park, FL 33309 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Eric M Townsend 1500 NE 49th Street Oakland Park, FL 33334 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tanya Maria Troglin 1133 Lincoln Boulevard Apt 1 Santa Monica, CA 90403 | | | Notice Only | | | | | $0.00 | $0.00 |
| Derek Chance Trowbridge 1417 SW 2nd Street Apt 5 Fort Lauderdale, FL 33312 | | | Notice Only | | | | | $0.00 | $0.00 |
| Zarina Tursunkulova 15143 Beverly Drive Apt B Philadelphia, PA 19116 | | | Notice Only | | | | | $0.00 | $0.00 |
| Melanie Tyler 94 South Clinton Street Apt A Doylestown, PA 18901 | | | Notice Only | | | | | $0.00 | $0.00 |
| Julio Valdes 8809 Nw 145 Terrace Miami Lakes, FL 33018 | | | Notice Only | | | | | $0.00 | $0.00 |
| Michael Luis Valencia 5321 NE 24th Terrace A-303 Fort Lauderdale, FL 33308 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| John Thomas Varano III<br>225 S Tropical Trail Apt 617<br>Merritt Island, FL 32952 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kenneth Levi Varela<br>4221 Via Marina Apt F210<br>Marina Del Rey, CA 90292 | | | Notice Only | | | | | $0.00 | $0.00 |
| Nicole Marie Varga<br>3183 Wilshire Blvd, Ste 196A12<br>Los Angeles, CA 90010 | | | Notice Only | | | | | $0.00 | $0.00 |
| Javier Eustaquid Vazquez Ortiz<br>177 St Marks Ave Apt 5<br>Brooklyn, NY 11238 | | | Notice Only | | | | | $0.00 | $0.00 |
| Andrew Vela<br>19 Ravine Avenue<br>Glen Cove, NY 11542 | | | Notice Only | | | | | $0.00 | $0.00 |
| Gleyce Venturin Cerillo<br>213 E 10th St Apt 15<br>New York, NY 10003 | | | Notice Only | | | | | $0.00 | $0.00 |
| Wilkins Roberto Vicioso<br>1417 Avenue P<br>Brooklyn, NY 11229 | | | Notice Only | | | | | $0.00 | $0.00 |

68

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Leduar Vieira De Melo Filho<br>212 Westwood Avenue Apt 201<br>Long Branch, NJ 07740 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vanessa Villa-Neumann<br>9950 SW 9th Court<br>Pembroke Pines, FL 33025 | | | Notice Only | | | | | $0.00 | $0.00 |
| Annmarie Adriana Vincent<br>841 Salt Road<br>Groton, NY 13073 | | | Notice Only | | | | | $0.00 | $0.00 |
| Vanessa Victoria Vincent<br>118 Parkwood Drive<br>Redlands, CA 92373 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shonelle J Waithe<br>43721 Banshee Heights Terrace<br>Ashburn, VA 20148 | | | Notice Only | | | | | $0.00 | $0.00 |
| Annalise J. Walker<br>2464 Geranium Street<br>San Diego, CA 92109 | | | Notice Only | | | | | $0.00 | $0.00 |
| Lisa Marie Watson<br>59 Stirling Avenue<br>Freeport, NY 11520 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Alexandra Weir<br>28 Overlook Lane<br>Brewster, NY 10509 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joel Jay Whelpley<br>3900 NE 18 Avenue Apt 9<br>Oakland Park, FL 33334 | | | Notice Only | | | | | $0.00 | $0.00 |
| Joshua Nacoma Williams<br>114-09 Inwood Street<br>Jamaica, NY 11436 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tabitha Chistine Williams<br>45 East 135th Street Apt 9F<br>New York, NY 10037 | | | Notice Only | | | | | $0.00 | $0.00 |
| Rachael A Wills<br>13270 Greywood Circle<br>Fort Myers, FL 33966 | | | Notice Only | | | | | $0.00 | $0.00 |
| Brant Wilson<br>2872 W 35th Street<br>Brooklyn, NY 11224 | | | Notice Only | | | | | $0.00 | $0.00 |
| Kelly Jo Wilson<br>642 Shadow Lake Road<br>Concord, VT 05824 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 1 (Employee)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Sylvie Wubbena<br>1520 SE 2nd Court Apt 2<br>Fort Lauderdale, FL 33301 | | | Notice Only | | | | | $0.00 | $0.00 |
| Braulio Andres Wyitto<br>1765 Stevens Avenue<br>North Merrick, NY 11566 | | | Notice Only | | | | | $0.00 | $0.00 |
| Richard Yepez<br>10053 Sw 159 Avenue<br>Miami, FL 33196 | | | Notice Only | | | | | $0.00 | $0.00 |
| Jose Salvador Zaragoza Ojeda<br>2115 NE 37th Drive Apt 130<br>Fort Lauderdale, FL 33308 | | | Notice Only | | | | | $0.00 | $0.00 |
| Shuyi Zhou<br>113 E 13th Street Apt 9D<br>New York, NY 10003 | | | Notice Only | | | | | $0.00 | $0.00 |
| Tatiana Zhulikova McCoy<br>43-35 40th Street Apt 2F<br>Sunnyside, NY 11104 | | | Notice Only | | | | | $0.00 | $0.00 |

\\LA - 145879/000127 - 2080656 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 2 (Taxes)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| California Department of Tax and Fee Administration<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| California Department of Tax and Fee Administration<br>450 N Street<br>Sacramento, CA 95814 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| City of Fort Lauderdale<br>Business Tax Division<br>100 N. Andrews Avenue, 1st Floor<br>Fort Lauderdale, FL 33301 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Employment Development Department<br>UI Center San Jose<br>P.O. Box 49004<br>San Jose, CA 95161-9004 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |

1

\\LA - 145879/000127 - 2080722 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 2 (Taxes)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| Florida Department of Economic Opportunity Reemployment Assistance Program P.O. Box 5250 Tallahassee, FL 32314-5250 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Florida Department of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Florida Department of Revenue P.O. Box 7443 Tallahassee, FL 32314-7443 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Internal Revenue Service (Employer ID #32-0419760) Cincinnati, OH 45999-0023 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| Internal Revenue Service 1973 North White Boulevard Ogden, UT 84201-0062 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |

2

\\LA - 145879/000127 - 2080722 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 2 (Taxes)**

| Creditor Name and Address | Last 4 Digits of Account Number | Date Debt as Incurred, Bases for Claim | Specify Code Submission of Priority Unsecured Claim | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim | Priority Amount |
|---|---|---|---|---|---|---|---|---|---|
| New York State Department of Labor Unemployment Insurance Division P.O. Box 15122 Albany, NY 12212-5122 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| New York State Department of Taxation and Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| NYC Department of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| NYC Department of Finance Correspondence Unit One Centre Street, 22nd Floor New York, NY 10007 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |
| State of New York Workers' Compensation Board P.O. Box 5205 Binghamton, NY 13902-5205 | | | 11 U.S.C. § 507(a)(8) | | | | | Notice Only | |

3

\\LA - 145879/000127 - 2080722 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 3**

| Creditor Name and Address | Account Number | Date Debt as Incurred | Basis for Debt | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim |
|---|---|---|---|---|---|---|---|---|
| Aramark Corporate HQ<br>1101 Market Street, Suite 2330<br>Philadelphia, PA 19107-2901 | | | Coffee Machine Lease | | | | | $179.64 |
| Association of Flight Attendants – CWA<br>501 3rd Street N.W.<br>Washington, D.C. 20001 | | | Collective Bargaining Agreement | | | | | Notice Only |
| AON Consulting, Inc. (NJ)<br>29695 Network Place<br>Chicago, IL 60673-1296 | 2953846 | 6/9/20 | Consulting Services | | | | | $8,333.33 |
| APL - American Public Life HQ<br>2305 Lakeland Drive<br>Flowood, MS 39232 | Group 17664 | | Health Gap Insurance | | | | | $4,964.50 |
| APL - American Public Life<br>Department 1613<br>P.O. Box 11407<br>Birmingham, AL 35256-1613 | Group 17664 | | Health Gap Insurance | | | | | Additional Notice Party |
| Cigna Healthcare<br>1571 Sawgrass Corporate Pkwy<br>Sunrise, FL 33323 | OSM Aviation Inc. 56132 | | Employee Health Insurance Provider | | | | | Notice Only |
| Cigna Corporate HQ<br>900 Cottage Grove Rd<br>Bloomfield, CT 06002 | OSM Aviation Inc. 56132 | | Employee Health Insurance Provider | | | | | Additional Notice Party |
| Mercer Health & Benefits LLC | Invoice | 8/24/20 – | Consulting Services | | | | | $25,000.00 |

1

\\LA - 145879/000127 - 2080725 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 3**

| Creditor Name and Address | Account Number | Date Debt as Incurred | Basis for Debt | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim |
|---|---|---|---|---|---|---|---|---|
| c/o Debra A. Lage, Principal 1560 Sawgrass Corporate Pkwy Sunrise, FL 33323 | 09701000 2515 | 11/23/20 | | | | | | |
| Marsh USA P.O. Box 846015 Dallas, TX 75284 | 7808675869 | 11/15/20 -- 11/14/21 | Worker's Compensation Insurance Note: Refund due on previous 2019-2020 premium. | X | X | X | No. | Notice Only |
| Unum Life Insurance Company of America 2211 Congress Street Portland, ME 04122 | 00836866 | 5/2020 – 12/2020 | Short-term disability Life insurance AD&D insurance (New York employees only) | | | | | $230.38 |
| DEX Imaging P.O. Box 17299 Clearwater, FL 33762-0299 | | 1/21/21 | Printer Rental | | | | | $39.19 |
| Hireright LLC P.O. Box 847891 Dallas, TX 75284-7891 | Invoice D2957294 Customer 315122 | | Employee Background Check Service | | | | | $2,210.00 |
| Jorge Ramirez HSBC Bank USA, N.A. 1441 Brickell Ave, Suite 100 Miami, FL 33131 | SBA Loan No. 94482172-04 | 5/6/20 | PPP Loan | | | | | $3,720,642.00 |

2

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 3**

| Creditor Name and Address | Account Number | Date Debt as Incurred | Basis for Debt | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim |
|---|---|---|---|---|---|---|---|---|
| Zulaika Delgado<br>c/o Seth Asher Nadler, Esq.<br>Imbesi Law P.C.<br>1501 Broadway, Suite 1915<br>New York, NY 10036 | | | Worker's Compensation Claim, State of New York Worker's Compensation Board, DC Case no. XXX-XX-2797 | X | X | X | | Unknown |
| Evelynn Loomis<br>c/o Ishan Dave, Esq.<br>Derek Smith Law Group, PLLC<br>One Pennsylvania Plaza, Suite 4905<br>New York, NY 10119 | | 2020 | Lawsuit, United Sates District Court, Southern District of New York, Case No: 1:20-cv-06882-VEC | X | X | X | | Unknown |
| Randall Todd Paulk<br>c/o Daniel R. Watkins, Esq.<br>Watkins & Letofsky, LLP<br>2900 S. Harbor Blvd., Suite 240<br>Santa Ana, CA 92704 | | 2019 | Claim before Department of Industrial Relations Labor Commissioner's Office, Case No. RCI-CM-659365 | X | X | X | | $313,000.00 |
| In re Randall Todd Paulk<br>Department of Industrial Relations<br>Labor Commissioner's Office<br>Relation Complaint Investigation Unit<br>300 West 4th Street, Suite 450<br>Los Angeles, CA 90013 | | 2019 | Claim before Department of Industrial Relations Labor Commissioner's Office, Case No. RCI-CM-659365 | X | X | X | | Additional Notice Party |

3

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 3**

| Creditor Name and Address | Account Number | Date Debt as Incurred | Basis for Debt | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim |
|---|---|---|---|---|---|---|---|---|
| Cassandra Levey<br>c/o Daniel H. Kovel, Esq.<br>Kovel Law PLLC<br>301 E 79th Street<br>New York, NY 10075 | | 2020 | Lawsuit, United States District Court Southern District of NY, Case No: 20-CV-2023 (MKV) | X | X | X | | $800,000.00 |
| Cassandra Levey<br>c/o Brian Heller, Esq.<br>Schwartz Perry & Heller<br>3 Park Avenue, 27th Floor<br>New York, NY 10016 | | 2020 | Lawsuit, United States District Court Southern District of NY, Case No: 20-CV-2023 (MKV) | X | X | X | | Additional Notice Party |
| Christopher Egnor<br>c/o Abraham Mathew, Esq.<br>Mathew & George<br>500 S. Grand Avenue<br>Suite 2050<br>Los Angeles, CA 90071-2641 | | | Lawsuit, American Arbitration Association, Case No. 01-20-0014-7609 | X | X | X | | Unknown |
| Walter Littles<br>c/o Abraham Mathew, Esq.<br>Mathew & George<br>500 S. Grand Avenue<br>Suite 2050<br>Los Angeles, CA 90071-2641 | | | Lawsuit, Superior Court of the State of California for the County of Los Angeles<br>Case No.: 20STCV35629 | X | X | X | | Unknown |

4

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 3**

| Creditor Name and Address | Account Number | Date Debt as Incurred | Basis for Debt | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim |
|---|---|---|---|---|---|---|---|---|
| Chubb Group of Insurance Cos. 82 Hopmeadow Street P.O. Box 2002 Simsbury, CT 06070-7683 | | | EPL Insurance | X | X | X | | Notice Party Only |
| CBIZ MHM 225 Glades Road, Suite 321A Boca Raton. FL 33431 | 321073 | 7/2020 – 10/2020 | Audit Services | | | | | $17,000.00 |
| Holland & Knight c/o Howard Sokol, Esq. 31 West 52nd Street New York, New York 10019 | 8/11/2020 | | Professional Fees | | | | | $85,433.63 |
| Holland & Knight c/o Samuel Stone, Esq. 400 South Hope Street, 8th Floor Los Angeles, CA 90071 | | | Professional Fees | | | | | Additional Notice Party |
| Jackson Lewis P.C. c/o Diane Windholz, Esq. 666 Third Avenue 29th Floor New York, NY 10017 | | | Professional Fees | | | | | $39,946.80 |
| Jackson Lewis c/o  Michael Thomas, Esq. 725 South Figueroa Street, Ste 2500 Los Angeles, CA 90017 | | 12/22/20 | Professional Fees | | | | | Additional Notice Party |

\\LA - 145879/000127 - 2080725 v1

**In re Norwegian Air Resources US Inc.**
**Schedule E/F: Part 3**

| Creditor Name and Address | Account Number | Date Debt as Incurred | Basis for Debt | Contingent | Unliquidated | Disputed | Claim subject to setoff? | Total Claim |
|---|---|---|---|---|---|---|---|---|
| America Arbitration Association 120 Broadway, 21st Floor New York, NY 10271 | 01-20-0014-7609-2-JG | 1/2021 | Arbitration Fees re Egnor v. OSM Aviation Inc. case | | | | | $9,750.00 |
| John Archer, CPA RSM US LLP 801 Brickell Avenue Miami, FL 33131 | 786-911-8 | 9/28/2020 | Audit Fees | | | | | $20,783.00 |

6

**Fill in this information to identify the case:**

Debtor name ___Norwegian Air Resources US Inc.___

United States Bankruptcy Court for the:___Southern___ District of ___Florida___
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.1**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___Norwegian Air Resources US Inc.___

United States Bankruptcy Court for the: ___Southern___   District of ___Florida___
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City            State            ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City            State            ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City            State            ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City            State            ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City            State            ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City            State            ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case and this filing:

Debtor Name __Norwegian Air Resources US Inc.__

United States Bankruptcy Court for the: __Southern__    District of __Florida__
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02 / 12 / 2021__    **✗** _____
MM / DD / YYYY    Signature of individual signing on behalf of debtor

Daniel Flynn
_____
Printed name

Director
_____
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  Norwegian Air Resources US Inc.

United States Bankruptcy Court for the: ___Southern___  District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $_____0_____ |
| For prior year: | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 5,558,000 |
| For the year before that: | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 28,667,057 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    Norwegian Air Resources US Inc.                                    Case number (*if known*)_____
_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Schedule 3<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ❑  Secured debt<br>❑  Unsecured loan repayments<br>❑  Suppliers or vendors<br>❑  Services<br>❑  Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ❑  Secured debt<br>❑  Unsecured loan repayments<br>❑  Suppliers or vendors<br>❑  Services<br>❑  Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Norwegian Air Shuttle ASA<br>Insider's name<br>Oksenøyveien 3<br>Street<br>1366 Lysaker, Norway<br>City          State    ZIP Code | 10/16/2020<br><br>_____<br><br>_____ | $ 2,170,000.00 | This transfer was made following the dissolution of the joint venture between Norwegian Air Resources Limited and OSM Aviation of Norway. The debtor has requested the return of the balance of the funds. |
| | **Relationship to debtor**<br>Parent entity | | | |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| | **Relationship to debtor**<br>_____ | | | |

Debtor  Norwegian Air Resources US Inc._____    Case number (*if known*)_____
        Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | _____ | $_____ |
| 5.2. | _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached Schedule 7 **Case number** _____ | _____ | Name _____ Street _____ City    State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Case title** _____ **Case number** _____ | _____ | **Court or agency's name and address** Name _____ Street _____ City    State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor    Norwegian Air Resources US Inc._____    Case number (*if known*)_____
                Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| _____ Street | **Case title** | **Court name and address** |
| _____ | _____ | _____ Name |
| _____ City          State          ZIP Code | **Case number** | _____ Street |
| | _____ | _____ |
| | **Date of order or assignment** | _____ City          State          ZIP Code |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | | | |
| _____ City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $_____ |
| _____ Street | _____ | | |
| _____ | | | |
| _____ City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ _____ | _____ | _____ | $_____ |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **4**

Debtor **Norwegian Air Resources US Inc.**
Name

Case number (*if known*)_____

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** See Attached Schedule 11 | _____ | _____ | $_____ |

**Address**

_____
Street

_____
City          State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** _____ | _____ | _____ | $_____ |

**Address**

_____
Street

_____
City          State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** _____ | _____ | | |

Debtor    Norwegian Air Resources US Inc.
_____
Name

Case number (*if known*)_____

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached Schedule 13 | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | See Attached Schedule 14 Street _____ City    State    ZIP Code | From _____  To _____ |
| 14.2. | _____ Street _____ City    State    ZIP Code | From _____  To _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **6**

Debtor      Norwegian Air Resources US Inc.
                Name                                                    Case number (*if known*)_____

---

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State        ZIP Code | _____<br>_____ | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

---

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

❑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| OSM Aviation Inc 401k Profit Sharing Plan and Trust (101504)<br>Note: taken over by Norwegian Air Resources US Inc. | EIN:  3  2  –  0  4  1  9  7  6  0 |

Has the plan been terminated?

☒ No

❑ Yes

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Norwegian Air Resources US Inc._____    Case number (*if known*)_____
         Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ❏ No<br>❏ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ❏ No<br>❏ Yes |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **8**

Debtor    Norwegian Air Resources US Inc.
_____
Name

Case number (*if known*)_____

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ _____ City        State        ZIP Code | _____ | _____ | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street _____ _____ City        State        ZIP Code | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ _____ City        State        ZIP Code | _____ _____ City        State        ZIP Code | _____ | |

Debtor    Norwegian Air Resources US Inc.
_____
Name

Case number (*if known*)_____

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | _____<br>_____ | _____ |
| _____<br>Street | _____<br>Street | _____ | |
| _____<br>City          State          ZIP Code | _____<br>City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____    To _____ |

Debtor   Norwegian Air Resources US Inc.
         _____
         Name

Case number (*if known*)_____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Beate Jakobsen<br>Name<br>5100 NW 33rd Avenue, Suite 261<br>Street<br><br>Fort Lauderdale    FL    33309<br>City    State    ZIP Code | From 7/16/2020 To present |
| 26a.2. Anders Bakken, CFO for OSM Aviation<br>Name<br>Strandveien 50<br>Street<br><br>1366 Lysaker, Norway<br>City    State    ZIP Code | From 1/1/2019 To 7/15/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. RSM US LLP<br>Name<br>801 Brickell Avenue, Suite 1050<br>Street<br><br>Miami    FL    33131<br>City    State    ZIP Code | From 2018 To present |
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Anders Bakken, CFO for OSM Aviation<br>Name<br>Strandveien 50<br>Street<br><br>1366 Lysaker, Norway<br>City    State    ZIP Code | _____<br>_____<br>_____ |

Debtor    Norwegian Air Resources US Inc.                          Case number (if known)_____
              Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                    State        ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| | Name and address |
|---|---|
| 26d.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                    State        ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                    State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❑ No
❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Partial Inventory taken by Beate Jakobsen<br>_____ | 2/2021 | $ 1,250 (market) |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Beate Jakobsen<br>Name<br>5100 NW 33rd Avenue, Suite 261<br>Street<br>_____<br>Fort Lauderdale          FL      33309<br>City                    State    ZIP Code |

Debtor    Norwegian Air Resources US Inc.                              Case number *(if known)*_____
                Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.   _____
        Name

        _____
        Street

        _____
        City                            State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Flynn | Oksenøyveien 3, 1366 Lysaker, Norway | Director | _____ |
| Guro Poulsen | Oksenøyveien 3, 1366 Lysaker, Norway | Director | _____ |
| Beate Jakobsen | 5100 NW 33rd Ave, Suite 261, Fort Lauderdale, FL 33309 | VP | _____ |
| Norwegian Air Resources Limited | Ground Floor, Imbus House, Dublin Airport, Dublin, Ireland | Sole Shareholder | 100% |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
    ☐ No
    ☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anders Bakken | OSM Aviation AS, Strandveien 50, 1366 Lysaker | Director | From _____ To _____ |
| Fredrik Oygard | OSM Aviation AS, Strandveien 50, 1366 Lysaker | Director | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
    ☐ No
    ☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Beate Jakobsen | $91,981.05 | ongoing | Compensation for ongoing services |
| Name | | | |
| 5100 NW 33rd Avenue, Suite 261 | | | |
| Street | | _____ | |
| Fort Lauderdale    FL    33309 | | _____ | |
| City    State    ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| VP | | _____ | |

Debtor    Norwegian Air Resources US Inc.                    Case number (if known)
          Name

---

**Name and address of recipient**

30.2

Name

Street

City                          State         ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02 /12 / 2021
               MM  / DD   / YYYY

✗ _____          Printed name    Daniel Flynn
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor     Director

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

---

**Schedule 3**

**Certain Payments or Transfers to Creditors within 90 Days Before Filing This Case**

| Creditor's Name and Address | Dates | Value of Transfer | Reason for Payment<br><br>• **Secured debt**<br>• **Unsecured Loan Repayments**<br>• **Suppliers or Vendors**<br>• **Services**<br>• **Other** |
|---|---|---|---|
| Cigna Health Insurance<br>1571 Sawgrass Corporate Pkwy<br>Sunrise, FL 33323<br><br>Cigna Corporate HQ<br>900 Cottage Grove Rd<br>Bloomfield, CT 06002 | 2/3/2021<br>2/3/2021<br>12/30/2020<br>11/23/2020 | $79,384.96<br>$78,121.70<br>$318,312.24<br>$104,371.04 | Supplier or Vendor<br>(i.e., ordinary-course payments<br>for health insurance for all of<br>debtor's employees) |

\\LA - 145879/000127 - 2081264 v3

**Schedule 7**

**Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, & Governmental Audits**

| Case Title | Nature of Case | Court Agency and Address | Case No. | Status of Case |
|---|---|---|---|---|
| Zulaika Delgado v. OSM Aviation, Inc. | Wrongful Termination | State of New York Worker's Compensation Board 215 W 125th Street, 4th Floor New York, NY 10027 | XXX-XX-2797 | Pending |
| Evelynn Loomis v. OSM Aviation SH US Inc. | Wrongful Termination | U.S. District Court for the Southern District of New York 40 Foley Square, Room 240 New York, NY 10007 | 20-CV-06882 (VEC) | Pending |
| Randall Todd Paulk v. OSM Aviation, Inc. | Wrongful Termination and Wages/Overtime | Department of Industrial Relations Labor Commissioner's Office 320 West 4th Street, Suite 450 Los Angeles, CA 90013 | RCI-CM-659365 | Pending; Going to arbitration |
| Cassandra Levey v. OSM Aviation, Inc. and Norwegian Air Shuttle ASA | Wrongful Termination | U.S. District Court for the Southern District of New York 500 Pearl Street, Room 2230 New York, NY 10007 | 20-CV-02023 (MKV) | Pending |
| Christopher Egnor v. OSM Aviation, Inc. | Wrongful Termination; Wages; Discrimination, Whistleblower | American Arbitration Association 45 E River Park Place West, Suite 308 Fresno, CA 93720 | 01-20-0014-7609 | Pending |
| Walter Littles v. OSM Aviation, Inc. | Wrongful Termination; Discrimination | Superior Court of the State of California for the County of Los Angeles 111 N. Hill Street | 20STCV35629 | Pending; In arbitration |

\\LA - 145879/000127 - 2081264 v3

| Case Title | Nature of Case | Court Agency and Address | Case No. | Status of Case |
|---|---|---|---|---|
| | | Los Angeles, CA 90012 | | |
| Sylvie Wubbena v. OSM Aviation, Inc. | Wrongful Termination; Discrimination | EEOC Miami District 100 SE 2nd Street, Suite 1500 Miami, FL 33131 | 510-2019-05645C | Closed 2/20/20 Employee offered to be rehired and accepted such offer without any payment |
| Marcus Brooks v. OSM Aviation, Inc. | Wrongful Termination | U.S. District Court for the Southern District of New York 500 Pearl Street New York, NY 10007 | 19-CV-08043 (PGG) | Closed 4/28/20 Settled for $9,000 |

**Schedule 11**

**Payments Related to Bankruptcy**

| Who was paid or who received the transfer? | Address | Email or Website | If not money, describe any property transferred | Dates | Total amount or value | Who made payment, if not the debtor |
|---|---|---|---|---|---|---|
| Hogan Lovells US LLP | 390 Madison Avenue New York, NY 10017 | www.hoganlovells.com | N/A | Pending | $102,168.27 | Pending |

\\LA - 145879/000127 - 2081264 v3

**Schedule 13**

**Transfers Not Already Listed on This Statement**

| Who Received the Transfer and Address | Description of Property Transferred or Payments Received or Debts Paid In Exchange | Date Transfer was Made | Total Amount or Value |
|---|---|---|---|
| OSM Aviation SH US Inc. 1635 NW 51st Place Fort Lauderdale, FL 33309 | Cash, transferred by OSM Aviation Inc | 7/13/2020 | $550,000.00 |
| Note:  The debtor is aware of certain transfers made by its previous management when it was operated as a joint venture under the name OSM Aviation Inc.  The debtor has reviewed these transfers and believes that transfers not listed here were transfers made in the ordinary course.  Ms. Beate Jakobsen, VP of the debtor, has reached out to Mr. Fredrik Oygard and Mr. Anders Bakken, former directors of the debtor, to learn more about the above-mentioned transfer.  Mr. Oygard and Mr. Bakken did not respond to Ms. Jakobsen's inquiries as of the petition date. | | | |

\\LA - 145879/000127 - 2081264 v3

**Schedule 14**

**Previous Addresses**

| Address | Dates of Occupancy | |
| --- | --- | --- |
| | **From** | **To** |
| 915 Middle River Drive<br>Suite 302<br>Fort Lauderdale, FL 33304 | Past - | November 2018 |
| 915 Middle River Drive<br>Suite 408<br>Fort Lauderdale, FL 33304 | November  2018 - | May 1, 2020 |
| 1635 NW 51st Place<br>Fort Lauderdale, FL 33309 | May 1, 2020 - | August 15, 2020 |

\\LA - 145879/000127 - 2081264 v3

Jovan Acosta
7272 NE 6th Court Apt 2
Miami, FL 33138

Sally N Acosta
13701 NW 4th St Apt 404C
Pembroke Pines, FL 33028

Nataly Martinez Aguirre
9433 Oak St
Bellflower, CA 90706

Sumaiya Ahmed
550 Drew Street 2nd fl
Brooklyn, NY 11208

Angela S Akkaya
4437 SW 24 Ave
Dania Beach, FL 33312

Maria Teresa Alberotanza
330 Ridgewood Road
Key Biscayne, FL 33149

Felecia Alexander
9031 Bermuda Dr
Miramar, FL 33025

Amber Frost Alford Garcia
9761 Marlin Road
Cutler Bay, FL 33157

Aurora A Ali
9928 Nw 19th Place
Sunrise, FL 33322

Jamaal Santeni Allen
598 Oak Terrace
Bronx, NY 10454

Jacqueline F Allmond
333 Lenox Avenue
New York, NY 10027

Damyury Almonte
506 W 162nd St Apt # 1B
New York, NY 10032

Eugene Ryan Alonzo
1 Huckleberry Drive
Princeton, NJ 08540

Oscar Martin Alvarado
2516 NW 9th Terrace
Wilton Manors, FL 33311

Ariana Alvarez Jimenez
1840 Middle River Drive
Fort Lauderdale, FL 33305

Paul Joseph Amarose Jr
1816 E Oakland Park Blvd #62
Fort Lauderdale, FL 33306

Jonite Andrade
6 Dolly Lane
Randolph, MA 02368

Marjun M Apat
1119 Barbara St. Apt 15
Redondo Beach, CA 90277

Dionne S Applewhaite
4917 Washington street
Hollywood, FL 33031

Tania Lizeth Arevalo
5 canterbury lane Apt A
Wappinger Falls, NY 12590

Kirsten G. Arianejad
6607 Granada Dr
Palmdale, CA 93551


Janet Ruth Armour- Jones
625 W 8th St Apt 3
San Pedro, CA 90731


Karima Arrach
319 E 2nd St Apt 103
Hummelstown, PA 17036


Michael Steven Arredondo
7380 Stirling Road Apt 202
Hollywood, FL 33024


Rosalinda Atwell
1739 E. 1st Street #10
Long Beach, CA 90802


Stephany Avila
7300 NW 76th St
Tamarac, FL 33321


Jessenia Aviles
56 Jamestown Circle
Mays Landing, NJ 08330


Jennie M Babcanec
155 Florence Rd
New Brighton, PA 15066


Jonny Maria Bacik
22100 Victory Blvd D312
Woodland Hills, CA 91367


Tara Rae Bailey
14601 Wild Oak Way
Saratoga, CA 95070

Thor T Bang
10905 Holly Cone Dr
Riverview, FL 33569


Vernie Leon E Baptiste
83-43 118th St, Apt 2-O
Kew Gardens, NY 11415


Mattias John Bard
326 W 4th Street
New York, NY 10014


Francesca Maria Barilla
606 SW Natura Blvd Apt#302
Deerfield Beach, FL 33441


Marie O Barrett
23330 Arlington Ave Apt 56
Torrance, CA 90501


Matilde Barrientos Rojas
709 West 169th Street Apt 6G
New York, NY 10032


Romeo Alejandro Barrios Grajeda
1587 NE 173rd St
North Miami Beach, FL 33162


Edwin Batista
992 Freeman Street Apt 3
Bronx, NY 10459


Kathryn Joan Beaulieu
1225 NW 51 Street
Miami, FL 33142


Rachel Beausang
137 Barrow Street, Apt 4A
New York, NY 10014

Paul Belley
34 Connecticut Avenue
Long Beach, NY 11561


Christopher E Belton
1682 Dean Street Apt 3 Fl 3
Brooklyn, NY 11213


Rudolfo Beltran III
2141 Bridgegate Court
Westlake Village, CA 91361


Grietje Joukje Bentulan
7800 SW 173 Terrace
Miami, FL 33157


Jenna Marie Bergstrom
1309 North Birchnell Avenue
San Dimas, CA 91773


William Munro Bernd
462 Mesa Dr
Camarillo, CA 93010


Venito Berrios
701 Beacon Valley Road Unit 16
Naugatuck, CT 06770


Rafael Bezerra Da Silva Candotti
58 Bushwick Ave Apt #7 A
Brooklyn, NY 11211


Anthony L Blake
1488 5th Ave Unit 4N
New York, NY 10035


Blair F Blanchard
158 Dupont St Apt 3-R
Brooklyn, NY 11222

Thomas Christian Bland
1300 NE 3rd Street Unit 24
Fort Lauderdale, FL 33301


Donovan Blyden
547 W 142nd Street Apt 25
New York, NY 10031


Cheyenne Victoria Boatman Abidi
2422 Stonehaven Court West
Orange Park, FL 32065


Emmanuel Bobadilla
8411 87th St, 3rd Fl
Woodhaven, NY 11421


Ashton Jomar Boston
1647 W Temple St Apt 311
Los Angeles, CA 90026


Joan Bosworth
1002 Villa Lane
Boynton Beach, FL 33435


Sarah M Bower
PO Box 11086
Palm Desert, CA 92255


Michael Anthony-Noel Boyd
5710 Crescent Park East Apt 231
Playa Vista, CA 90094

Phi
llip Eugene Bromley III
18119 Sundowner Way Unit 975
Canyon Country, CA 91387


Brian Courtney Brooks
1750 NW 29th Terrace
Fort Lauderdale, FL 33311

Carli L Brown
105 Edgeworth Street
Valley Stream, NY 11581

Esther Brown
541 Watkins Street
Brooklyn, NY 11212

Aleane Aloysius Bryan
1885 Schenectady Avenue
Brooklyn, NY 11234

Capricia Buchanan
114-30 Rockaway Beach Blvd #3D
Rockaway Park, NY 11694

Scott Michael Buitenkant
12 Peerless Dr
Oyster Bay, NY 11771

Carolina Bullock
4 Darwin Rd
Old Bridge Township, NJ 08857

Cassidy Burns
223 Beach 108th Street
Rockaway Park, NY 11694

Kevin Alberto Caiafa
117 NW 42nd Ave Apt 1009
Miami, FL 33126

Giselle Calbimonte
226 Madison St Apt 2
Hoboken, NJ 07030

Armando Martin Cambana
575 Oaks lane APT 808 Building 61
Pompano Beach, FL 33069

Stephanie Mary Camilleri
41-42 73rd Street Apt#2N
Woodside, NY 11377


Michael Grant Campbell
1533 Sunflower Ct S
Palm Springs, CA 92262


Carlos Enrique Campos
2227 Wilder St
Philadelphia, PA 19146


Nicole Campos
177 Harrison Ave
Jersey City, NJ 07304


Viviana Capelo
90-10 75th street
Woodhaven, NY 11421


Bianca N Capote
114 Coover Street
Leonia, NJ 07605


Paige Lashea Carlisle
2900 NE 30th Street Apt#3D
Fort Lauderdale, FL 33306


Anastasia Carlsen
216 Aster Street
Massapequa Park, NY 11762


Judy C. Carrillo
2700 Via Paseo Apt 3
Montebello, CA 90640


Brandi Rose Carter
7740 Center Ave
Ranch Cucamonga, CA 91730

Manuel G Castineiras
3889 NW 6th Street
Miami, FL 33126


Jean Carlos Castro
101 Clifton Road
West Park, FL 33023


Pearl Castro
9120 Mountain View Drive
Atascadero, CA 93422


Victoria Lynn Cazorla
12 Hilltop Ave
Newburgh, NY 12550


Armando Cerezo Ceron
1444 NE 10th Ave
Fort Lauderdale, FL 33304


Ryan Benjamin Cervantes
2407 W Raymond St
Compton, CA 90220


Warakanya Chaisiri
5411 90th St., 1st Floor
Elmhurst, NY 11373


Daniel Chakarji
20712 Eastwood Ct. Apt 8
Torrance, CA 90503


Jennifer Lynne Chang
8180 Manitoba Street, Unit 128
Playa Del Rey, CA 90293


Alexandra G Chansler
286 5th Ave Apt 3C
Brooklyn, NY 11215

Dayron Chaparro Lopez
909 SW 15th Ave. Apt 5
Miami, FL 33135


Alexus Inez Charlemagne
2664 SW 81st Terr, Unit 2660
Miramar, FL 33025


Shane Chen
6909 N Vista St
San Gabriel, CA 91775


Vashann Amy Chestnut
17941 SW 11th Ct
Pembroke Pines, FL 33029


Maria Chiang
27925 Hazelridge Drive
Rancho Palos Verdes, CA 90275


Starla R Clay
2511 Sweet Oak Street
Ocoee, FL 34761


Hanna Renee Coates
309 5th St Unit D
Huntington Beach, CA 92648


Carlos Collado
28 Norwood Avenue
Brooklyn, NY 11208


Vanesa Collado
8441 88 street 2nd Fl
Woodhaven, NY 11421


Michael T Collier
227 4th street
Davis, CA 95616

Amelia Maria Colon
714 SW 56th St
Cape Coral, FL 33914


Chamely Colon
714 SW 56th St
Cape Coral, FL 33914


Rosa Maria Colon
15501 Southwest 146th Avenue
Miami, FL 33177


Christine N Comodeca
23 Mowbray Ave
Bay Shore, NY 11706


Jose Alejandro Consuegra
738 East 53rd Street
Hialeah, FL 33013


Stacy S. Coombs
237 E Market St
Long Beach, NY 11561


Billie Jean Corsini
642 Jerome St
Brooklyn, NY 11207


Alexander Cortes Pajoy
19390 Collins Ave Apt 722
Sunny Isles Beach, FL 33160


Christine M Couturier
2830 NE 30th Pl Apt #4
Fort Lauderdale, FL 33306


Abigail Judith Cracchiolo
240 W Santa Cruz St #105
San Pedro, CA 90731

Miranda Ellen Critchell
140 Glendora Ave
Long Beach, CA 90803


Sharon A Cruz
80-19 85th Road
Queens, NY 11421


Sarah Danaher
915 Benham St
Hamden, CT 06514


Artur Dancs
133 Pitt Street, Apt1222
New York, NY 10002


Kester Dandas
368 E 26th Street
Brooklyn, NY 11226

Anais Monique Dandridge
803 E Cyrene St
Carson, CA 90746


Abena Afra-Kunkumah Dapaah
112 Linden Boulevard Apt 2
Brooklyn, NY 11226


Jonathan Darias Ruiz
4220 24th St Apt 19C
Long Island City, NY 11101


Subhass Dath
14017 115th ave
Jamaica, NY 11436


Christina Maria Davis
5703 Ranchito Avenue
Los Angeles, CA 91401

Demetruis D Davis
5605 Cookman Drive
Tampa, FL 33619


Silvia De Camargo Torrecilla
1170 NW 15th Court APT 201
Boca Raton, FL 33486


Theresa M De Sisto
21 Denmark Ave
Milton, MA 02186


Sheila De Souza Freitas Anselmo
695 Halsey St
Brooklyn, TX 11233


Caroline De Vastey
551 SW 14th Ave Apt 3
Fort Lauderdale, FL 33312


Penni N Deem
276 Brannon Forest Drive
Waynesville, NC 28785


Maria Belen Del Canto Nicolau
4501 W Atlantic Blvd #1509
Coconut Creek, FL 33066


George Richard Del Rosario
10385 SE 154th Cir Ct Unit 95
Miami, FL 33196


Jean-Edouard Desmornes
433 Wilson Ave, Apt 2R
Brooklyn, NY 11221


Gardy Fresnel Desroches
1151 NE 16th Ct Unit 11
Fort Lauderdale, FL 33305

Michelle Elizabeth Dewdney
410 Milford Street
Brooklyn, NY 11208


Celeste Di Maio
295 Thorn St
Oceanside, NY 11572


Ashley Di Marco
125 W 31st St Apt 26G
New York, NY 10001


Jose M Diaz jr.
9185 SW 138th Pl
Miami, FL 33186


Anabell Diaz
1365 Findlay Ave Apt E3
Bronx, NY 10456


Eillen Diaz
109-12 139th St Apt 1
Jamaica, NY 11435


Mychael R Diaz
341 Ives Dairy Rd, Apt 6
North Miami Beach, FL 33179


Savark Dicupe
2421 65th St
Brooklyn, NY 11204


Lisa Dodson
2657 Fairway Cove Court
Wellington, FL 33414


Kyle T Doyle
87 Drew Drive
Eastport, NY 11941

Joshua Abraham Duce
10548 Stone Canyon Rd #231
Dallas, TX 75230

Erin Margaret Duggan
79 Munro Blvd
Valley Stream, NY 11581

Diana Dumitrescu
110-01 Jamaica Ave Apt 2R
Richmond Hill, NY 11418

Russell Andre Duncan
5253 West 142nd Place
Hawthorne, CA 90250

James M Dusharm
7421 Hitchcock Bay Lane
Harrisville, NY 13648

William Thomas Eads II
1865 N Fuller Ave Apt 101
Los Angeles, CA 90046

Rafael Oscar Echemendia Vasquez
1200 Brickell Bay Dr Apt 2020
Miami, FL 33131

Rex L Edwards III
581 Linden Street
West Hempstead, NY 11552

Rachel Mackenzie Ehlinger
530 Stonemoor Cir
Roswell, GA 30075

Chantal Ellis
225-30 106th Avenue
Queens Village, NY 11429

Christopher O Ellis
1608 Imperial Ct
Norcross, GA 30093


Donesio R Ellis
c/o Andrea Joseph
190 Cozine Ave Bldg 6 # 7G
Brooklyn, NY 11207


Jennifer Ogechukwu Emetarom
464 Quincy St #2
Brooklyn, NY 11221


Enrique A Encarnacion Jr.
941 Simpson St Apt 1C
Bronx, NY 10459


Adriano Encina Brizuela
84-11 87th Street, 3rd FL
Woodhaven, NY 11421


Andirica Nicole Engaling Beguin
632 NW 13th St APT 21
Boca Raton, FL 33486


Devon Escudero
640 W 4th St Unit 205
Long Beach, CA 90802


Rose Jellen V Espinosa
237 27 Davenport Ave
Bellerose, NY 11426


Vincent A Esposito
404 Pacific Street
Massapequa, NY 11762


Elizabeth Alexandra Essenfeld
P.O Box 1790
Borrego Spring, CA 92004

Joseph Alan Ettleson
2900 NE 30th Street Apt#3D
Fort Lauderdale, FL 33306

Gabrielle Jo Fata
455 E Ocean Blvd Apt 906
Long Beach, CA 90802

Reka Noreen Felenyi
27095 Teakwood Ct PO Box 1051
Lake Arrowhead, CA 92352

Myrtha L Feliz Delgado
89-91 Fairview Ave #57
New York, NY 10040

Stacy-Ann Alicia Fequiere
35 Grove St Apt 2J
New York, NY 10014

Victoria Ferguson
23602 Via Corsa
Valencia, CA 91355

Pamela Tahiri Festa- Vilchez
4300 Sherdian Street Apt#230
Hollywood, FL 33021

Alex Figueroa
12775 NW 27th Ave Apt 108
Miami, FL 33167

Priscilla M Figueroa
12775 NW 27th Avenue Apt 108
Miami, FL 33167

Paige Brittany Fitzgerald
180 E Dania Beach Blvd Apt 410
Dania, FL 33004

Dara E Flattes-Ferrer
213 Gay Street APT 1B
Phoenixville, PA 19460


Keenan S. Flythe
15 Nancy Place
Massapequa, NY 11758


Grace Ceila Fornasa
1845 Palm Cove Blvd., Apt. 302
Delray Beach, FL 33445


Marcelo Andres Franco
74-18 Coldwell ave
Middle Village, NY 11379


Kristin L Fulton
27 W 72nd St, Apt 502
New York, NY 10023


Claudia Fundora
600 NW 6th St Apt 712
Miami, FL 33136


Joseph Salvadore Gabriel
1000 Chukker Road Apt A
Delray Beach, FL 33483


Marcela B Garcia Garcia Asturias
5070 Samet Drive Apt 2G
High Point, NC 27265


Alejandro Garcia
227 Antiquera Avenue Apt 303
Coral Gables, FL 33134


Antonio A Garcia
250 Pacific Ave Apt 436
Long Beach, CA 90802

Cambria Lynn Garcia
5823 Del Amo Blvd.
Lakewood, CA 90713


Anton Peter Gazenbeek
869 S 13th St
Newark, NJ 07108


Jennifer A Genovese
10 Peter Ave
Bayville, NY 11709


Travis D Gensler
163 Bimini Place, Apt B
Los Angeles, CA 90004


Ashley L Geyer
672 Dogwood Ave Apt #307
Franklin Square, NY 11010


Lisa T Gibson
9601 SW 142nd Ave. Apt 611
Miami, FL 33186


Shamonte Sebrell Gobel
3551 Dunedin Dr #202
Chesapeake, VA 23321


Renita S Gold
455 NW 32nd Ave Apt 103
Pompano Beach, FL 33069


Tibet H Gomez
50 East 102nd Str Apt 5B
New York, NY 10029


Ismael Gonzalez Ramos
1475 Sw 32nd Ct
Fort Lauderdale, FL 33315

Lucy Belinda Gonzalez
3305 S Timber St
Santa Ana, CA 92707


Noemi Gonzalez
2413 Tortugas Lane
Ft. Lauderdale, FL 33312


Mercedes Gonzalo
8114 Ibis Reserve Circle
West Palm Beach, FL 33412


Desiree Noel Goudie
1372 Montgomery Road
Thousand Oaks, CA 91360


Kathleen Grabowska
153 Guernsey St., Apt. 3R
Brooklyn, NY 11222


Doreen Griffin
758 Centre Street APT 2
Trenton, NJ 08611


Carol Guasp Guerra
25-77 41st Street Apt 1
Long Island, NY 11103


Melissa Kay Guidry
5401 Collins Ave Apt 425
Miami Beach, FL 33140


Alcides Gutierrez
50 Southeast 13th Terrace
Dania Beach, FL 33004


Hailey Rebecca Hansen
308 La Canterra Court
Las Vegas, NV 89144

Holly Suzanne Hansen
8260 Mondavi Pl
Rancho Cucamonga, CA 91730


Vanessa R Harrigan
2290 University Ave Apt 1H
Bronx, NY 10468


Billy W Harris
475 W 57th str Apt 20D1
Manhattan, NY 10019


David Leon Harris
111-25 179th Place
St.Albans, NY 11433


Emily Rose Harris
5559 Micaela Dr.
Agoura Hills, CA 91301


Tracey Kimberly Harris
1621 Breton hunt lane
suwanee, GA 30024


Wayne E Harris
514 E Queen St Apt 5
Inglewood, CA 90301


Nicholas Stephen Haywood
174 W 89th St APT 4C
New York, NY 10024


Rina Heng
7208 Sellers Avenue
Upper Darby, PA 19082


Aileen Hernandez Moreno
2756 West 54th Street
Hialeah, FL 33016

Lara Lisette Hickox
7750 SW 114 Street
Miami, FL 33156


Shirley Melissa Hidalgo
715 NE 6th Street 5C
Fort Lauderdale, FL 33304


Lisa A Hodge
776 Halsey St Apt #1
Brooklyn, NY 11233


Gena Holm
11840 Metropolitan Ave. Apt 4K
Kew Gardens, NY 11415


Vicky Lynn Hood
689 Temple Ave #304
Long Beach, CA 90814


Chen Huang
1524 S Jellick Ave Apt H
Rowland Heights, CA 91748


Logan Micheal Huffman
2001 Cove Lake Road
North Lauderdale, FL 33068


Angelica Kay Hutchings
9503 Linda Ln
Cypress, CA 90630


Sun-Eil Hyppolite
20949 Boca Ridge Dr South
Boca Raton, FL 33428


Sylvia J Jablonowski
2052 Gates Ave Apt # 1R
Ridgewood, NY 11385

Jhenelle M Jacas
2421 NE 65th St Unit # 418
Fort Lauderdale, FL 33308


Joshua Mitchell Jackson
6822 22nd Ave N Unit 145
Saint Petersburg, FL 33710


Beate Jakobsen
709 NE 1st St
Pompano Beach, FL 33060


Diana Lee Jernberg
908 Suntree Woods Dr
Melbourne, FL 32940


Liann Jimenez
702 Southwest McCracken Avenue
Port St. Lucie, FL 34953


Tiffany Marie Joerger
225 S Grand Ave Apt 804
Los Angeles, CA 90012


Shayle Levon Ariel Johnson
15474 SW 114th Street
Miami, FL 33196


Donald W Jones
4501 W Atlantic Blvd Apt 1509
Coconut Creek, FL 33066


Antonio A Garcia
250 Pacific Ave Apt 436
Long Beach,  90802


Nicole D Jones
742 St Nicholas Ave Apt #12A
New York, NY 10031

Devon Linette Joslin
15245 La Maida Street Apt 102
Sherman Oaks, CA 91403

Rhiannon Susan Joslyn
75 W Chester Street
Kingston, NY 12401

Aleksandra Juzwik
2900 Park Newport Apt #330
Newport Beach, CA 92660

Matthew R Kahn
13 Ludlow Str. Apt 10
New York, NY 10002

Malama Kamara-Madej
8650 77th Street Apt 6B
Jamaica, NY 11421

Viktorija Karaciuba
16 Debbie Trail
Hampton Bays, NY 11946

Colleen Catherine Keefe
214 New York Avenue
New Brunswick, NJ 08901

Tracie De Ann Kelley
2600 Peachtree Lane
McKinney, TX 75072

Kendra Rochell Kimble
1244 Teller Ave #3
Bronx, NY 10456

Benjamin Jesse Kneifel
4064 Front Street Apt. #4
San Diego, CA 92103

Sara A Komor
95 E Crescent Ave
Ramsey, NJ 07446


Dawn M Kush
2393 Silver Lake Blvd Apt #3
Los Angeles, CA 90039


Joshua Andrew Lahti
831 Anna St Apt 2
Elizabeth, NJ 07201


Jessica L Lamar
206 33rd Str Apt 2
Brooklyn, NY 11232


Douglas A Lauriano
1471 Second Avenue
New York, NY 10075


Dean Anthony Lawrence
3207 NW 32nd Terrace
Oakland Park, FL 33309


Cydney Nicole Leath
8952 1/2 Wilbur Ave
Los Angeles, CA 91324


Sabrina Micaela Ledesma Aguilera
700 SW 8th Ave 5A
Hallandale Beach, FL 33009


Bruce Lee-Nunez
4685 Northwest 9th St Apt 208
Miami, FL 33126


Gustavo Leguizamon Russo
3232 Ne 5th Street
Pompano Beach, FL 33062

Brette Lemieux
340 Maple St Apt 1
Brooklyn, NY 11225


David Leon Alba
4710 NW 48th Terrace
Tamarac, FL 33319


Viktor Leshchenko
196 MacDougal St Apt 1L
Brooklyn, NY 11233


Victoria Elizabeth Lewers
4840 NW 55th Dr.
Coconut Creek, FL 33073


Crystal Lewis
359 Skidmore Road
Deer Park, NY 11729


Sarah A Li
111-11 112th str 2nd floor
South Ozone Park, NY 11420


Grace Liang
11148 Ferragamo Ct
Las Vegas, NV 89141


Kedoo Anthony Lightbody
63-14 Queens Blvd Apt 2B
Woodside, NY 11377


Ryan Cheng-Hung Lin
2314 Dahlia Drive
Tustin, CA 92780


Carolina Linares Garcia
44 Dumas Road
Old Bridge, NJ 08857

Anders P Lindstrom
375 South End Avenue, #8A
New York, NY 10280


Tairys M Lopez Polanco
85-30 Dumont Ave Apt 12A
Ozone Park, NY 11417


Jacqueline Lopez
202 Brighton 10th st
Brooklyn, NY 11235


Kye G. Lopez
30 Palisade Street #2N
Dobbs Ferry, NY 10522


Manfred R Lopez
8431 122nd Street
Kew Gardens, NY 11415


Ray Lopez
570 Beechwood Avenue
Bridgeport, CT 06604


Diego Lopez-Linares Moratinos
225 NW 33rd Terace Apt 304
Pompano Beach, FL 33096


Valentin Lorien
PO BOX 21761
Fort Lauderdale, FL 33335


Jay-Ar Winchester Luceros
10670 Paramount Boulevard
Downey, CA 90241


Carlos Ramon Lugo Gonzalez
3000 S. Ocean Drive Apt#816
Hollywood, FL 33019

Stephan Maclaurin
301 NW 26th Court
Wilton Manors, FL 33311

Sybil Alexandra Madrid
2641 N Flamingo Rd Apt 1505
Sunrise, FL 33323

Stephanie Magat
303 Stegman Parkway Apt 303 Fl 1
Jersey city, NJ 07305

Kathy Manzi
107 David St
Staten Island, NY 10308

Keithon Jabari Marcus
322 Convent Ave #4A
New York, NY 10031

Desislava Angelova Marinov
301 NW 26th Ct
Wilton Manors, FL 33311

Monica Marks
741 Peconic Street
Ronkonkoma, NY 11779

Indiana Sharkist Martin
1733 Cayuga Rd
Utica, MS 39175

Alejandro Martinez Zayas
441 NE 195th St apt 405
Miami, FL 33179

Carlos Martinez
600 W 204th St Apt 22
New York, NY 10034

Ignacio Martinez
8263 Riverside Station Blvd
Secaucus, NJ 07094

Joshua Free Martinez
755 NE 40th St
Oakland Park, FL 33334

Ryan Masters
244 B Everly Court
Mount Laurel, NJ 08054

Victoria L Matthew
80 Westwood Dr, Apt 207
Westbury, NY 11590

Karen Pearl Mazur
738 Birch Mountain Road
Manchester, CT 06040

Taylor Leigh Mc Cracken
745 Sherbrook Dr
Richardon, TX 75080

Roshauna Anthonette Mc Gowan
1114 SW Colorado Ave
Port St. Lucie, FL 34953

Patrick E McClave
301 NE 5th Ave
Boca Raton, FL 33432

Moya Mcdowell
2 Hawk Lane
Poughkeepsie, NY 12601

Lauren E McGough
116 Mayfair Rd
Warwick, RI 02909

Lincoln Dee McMahon
242 E 50th St Apt 5C
New York, NY 10022


Devin Jonathan Mejia
40-09 194th Street AptP.H.
Flushing, NY 11358


Eduardo Mejia
11566 Barman Ave
Culver City, CA 90230


Sharon Cynthia Mejia
40-09 194th St
Flushing, NY 11358


Jenniffer Menco
10108 SW 13th St Apt 103
Pembroke Pines, FL 33025


Yessenia Mendez
2 Keystone Park
Middletown, NY 10940


Cristina Roxanne Mera
122 Parkside Dr
Suffern, NY 10901


Joanna Denise Merback
1963 Marsh Hen Village
DeLand, FL 32720

Jorge Daniel Mercado Lebron
1840 Middle River Dr
Fort Lauderdale, FL 33305


Stefanie Marie Merola
46 Waterview Pl
Lynbrook, NY 11563

Robert Lewis Meyer
1264 Fernglen Ln
San Dimas, CA 91773

Kevin Michel
32-57 43rd St Apt 3R
Queens, NY 11103

Tamarah Sweeney Michel
9243 Pineville Dr
Lake Worth, FL 33467

Nidhal G Mikhaell
4405 Mariners Cove Dr.
Wellington, FL 33449

Fabian Milanes
1121 SW 122nd Ave Apt # 408
Miami, FL 33184

Kayla Marie Milewski
5316 Vermella Way
Lyndhurst, NJ 07071

Margaret Anne Mills
61 Summit Street
Nyack, NY 10960

Ramon J Mims
414 S Virgil Ave #324
Los Angeles, CA 90020

Michelle D Mitchell
1299 Brentwood Drive
East Stroudsburg, PA 18301

Megan Abby Mlnarik
24 Kane Place Apt #3
Brooklyn, NY 11233

Azib Mohammad
2442 32nd St
Astoria, NY 11102


Carmen Alicia Molina
26005 Oak St Apt 20
Lomita, CA 90717


Csaba Molnar
401 NE 1st Court, Apt # 3
Hallandale Beach, FL 33009


Edgardo Luis Monge-Oraa
650 West Avenue 1605
Miami Beach, FL 33139


Carissa Jane Morales
4454 West 141st Street Apt. #C
Hawthorne, CA 90250


Kelly Morales
4580 Concord Landing Drive Apt 204
Orlando, FL 32839


Luis Antonio Morales
332 Sw Hollyhock Court
Port Saint Lucie, FL 34953


Vanessa Morales
32-19 97th street
East Elmhurst, NY 11369


John Alexander Moreno
915 NW 1st Ave Apt 2904
Miami, FL 33136


Nina M Morgan
2826 Barrel Cactus Drive
Henderson, NV 89074

Nicola Simone Morris
172 Ashby Cove Lane
New Smyrna Beach, FL 32168


Michael Morrissey
658 W. Penn St.
Long beach, NY 11561


Katarzyna Mroczek
5560-a Sw 78th Street
Miami, FL 33143


Lindsay P Mullen
1001 NE 3rd Avenue
Boca Raton, FL 33432


Anthony James Michael Murnane
1470 N Dixie Hwy Apt 12
Fort Lauderdale, FL 33304


Anthony Charles Murphy
17 Spring Hollow Road
Nissequogue, NY 11780


Taisy A Murray
167-39 145th Dr #2
Queens, NY 11434


Gustavo Muzi Bittencourt
2005 Ocean Walk Terrace #311
Pompano Beach, FL 33062


Christian A Nadal
65-05 Yellowstone Blvd Apt # 6A
Forest Hills, NY 11375


Monyetta Nicole Nation
1441 Bushwick Ave #2R
Brooklyn, NY 11207

Charlene Christabelle Nava
814 East Windsor Road Apt 109
Glendale, CA 91205

Kevin Raul Navarro
4750 59th St Apt 1J
Flushing, NY 11377

Juliette Vanessa Nelson
1269 Amin Circle
Corona, CA 92881

Marcia Lynn Neumeier
1217 N Formosa Ave Apt 6
West Hollywood, CA 90046

Jerome Newman
1151 NE 16th Ct Unit 11
Fort Lauderdale, FL 33305

Madicke Niang
1024 Cauldwell Avenue 1st Floor
Bronx, NY 10456

Jawanza Nicklette
1455 Geneva Loop Apt 5C
Brooklyn, NY 11239

Ariel Nieves
107-63 92nd Street
Ozone Park, NY 11417

Angela Nilson
95 Kent St. Apt 3
Brooklyn, NY 11222

Alyssa Lauren Noble
18636 Elaine Avenue
Artesia, CA 90701

Nicole C Noelle-Williams
12026 NW 11th St
Pembroke Pines, FL 33026


Sarah Christine Norris
4179 Haymaker Ln
Dublin, OH 43017


Melissa Ann O'Gorman
240 Carnation Avenue
Floral Park, NY 11001


Oluwakunmi Oladayo Olasanoye
580 W 215th Street Apt 5f
New York, NY 10034


Natalia V Olef
21 Aldingham Circle
East Brunswick, NJ 08816


Kristy Marie O'neal
70 Main St
Cold Spring, NY 10516


Frederick Borrego Ordanez
943 Willoughby Avenue
Brooklyn, NY 11221


Joseph Randolph Osborne
153 Chauncey St Apt 2c
brooklyn, NY 11233


Towanda Denise Outlaw
225 Garland Ave
Decatur, GA 30030


Tyler Anthony Pacheco
831 Southwest 3rd Street
Hallandale Beach, FL 33009

Nilda Elena Pages
1900 N Bayshore Drive Apt#4802
Miami, FL 33132


Agrippina Palamarchuk
6000 NW 2nd Ave Apt 134
Boca Raton, FL 33487


Darren Patrick Park
39 Peach Blossom Rd South
Hilton, NY 14468


Sarinya Patthanatham
4086 N Pine Island Rd Unit 515
Sunrise, FL 33351


Robert Paula
600 W 138th Street Apt# 61
New York, NY 10031


Theodore James Pavlik
1141 Ancient Timber Ave
Henderson, NV 89052


Brittany Alexandra Payton
37 Mapes Ave., Apt. 1
Newark, NJ 07112


Nicholas Peck
4112 Bemis Street
Los Angeles, CA 90039


Karsten Eric Pedersen
8900 NE 8th Ave #1108
Miami, FL 33138


Nijmeged Peguero
525 E 156th St Apt #C
Bronx, NY 10455

Steven Penagos
7175 Orange Drive Apt#218H
Davie, FL 33314


Kelvin D Perdomo
2830 NE 30th Pl Apt 4
Fort Lauderdale, FL 33306


Jesus Perea Martin
1345 E 4th St Apt 6E
Brooklyn, NY 11230


Angelica Perez Martinez
65-01 79th Street
Middle Village, NY 11379


Pablo Perfecto
6502 Kingman Avenue Apt #3
Buena Park, CA 90621


Tamatha Kay Perryman
1505 S. Magnolia Avenue
Sanford, FL 32771


Stefanie Petropoulos
20 Pine street
New York, NY 10005


Nicolas Piedra Buena
441 NE 195th St. Apt. 405
Miami, FL 33179


Daqual Pierce
172-40 133rd Ave APT 3C
Jamaica, NY 11434


Astrid S Pincus
2641 N Flamingo RD #2302N
Sunrise, FL 33323

Najeem Ahmad Popal
3948 Shawnee Ridge Street
Las Vegas, NV 89129


Katarina Posobiec Perko
5 Avon Rd.
Hewlett, NY 11557


Christine Catherine Poullath
32024 Merlot Crest
Temecula, CA 92591


Gail Pyanin
337 Ionia Avenue
Staten Island, NY 10312


Ashley L. Pyron
250 Ashland Place Apt 4E
Brooklyn, NY 11217


Sal Mohmmad Qadiri
3659 Spring Shower Drive
Las Vegas, NV 89147


Arnulfo Ramirez Orozco
555 Commuity Ln Apt 73
Woodland, CA 95695


Christopher Shar Reddick Johnson
1303 S Vermont Ave #4
Los Angeles, CA 90006


Tyler Kent Reglin
999 NE 23rd Dr #103
Wilton Manors, FL 33305


Brianna Shadae Reid
149-82 Weller Lane
Rosedale, NY 11422

Robin Lynne Reinbold
1847 7th St
Los Osos, CA 93402


Elena Resina Del Valle
731 Hamilton Avenue
Ridgefield, NJ 07657


Chelsea Nicole Reyes
1808 NE 11th Ave Apt 1
Fort Lauderdale, FL 33305


Jimmy Bryan Rivas
11906 Olive St Unit B
Norwalk, CA 90650


Nicole Roach
18 Firdale Street
Centereach, NY 11720


Tracy Lynn Rochford
915 Ardmore Road
West Palm Beach, FL 33401


Heriberto Rodriguez JR.
3601 Van Buren St Apt 37
Hollywood, FL 33021


Joanna R Rodriguez
671 East Grove Street
Rialto, CA 92376


Phillip Rodriguez
83-20 124th PL APT 2
Kew Gardens, NY 11415


Wanda P Rodriguez
5733 Cooper Avenue Apt 1B
Ridgewood, NY 11385

Ileana Romero
45 A Meadow Glen Rd.
Northport, NY 11768

Annette Maria Rosa
540 Audubon Ave # 53
New York, NY 10040

William D Rosado
606 Harding Park
Bronx, NY 10473

Alex Rosa-Valentin
1500 NE 49th St
Oakland Park, FL 33334

Zachary Louis Rosenthal
3186 Taft Street
Hollywood, FL 33021

Jady Ruiz Batista
2 Fawn Ct
Freehold, NJ 07728

Diana Patricia Ruiz
8002 Lagos De Campo Blvd #301B
Tamarac, FL 33321

Tracy Ruvalcaba
701 East 46th St Apt 14
Long Beach, CA 90807

Volha Safarova
8415 4th Ave Apt B11
Brooklyn, NY 11209

Thongkorn Archasai Sahagun
824 McCrae Dr
Newport News, VA 23608

Shirley Mae Salazar Canlas
140 Huyshope Avenue Apt#408
Hartford, CT 06106


Stephany Sanchez
24 Kane Pl Apt 3
Brooklyn, NY 11233


Jorge Luis Santovenia II
12350 SW 192nd Terrace
Miami, FL 33177


Asawari Sawant
98-10 64th Ave Apt 6A
Rego Park, NY 11374


Mia Alexandria Schmidt
1118 Jefferson Ave apt 1
Brooklyn, NY 11221


Michael John Schuerger
1301 SW 10th Avenue
Deerfield Beach, FL 33441


Asia C. Sebrell
5 Lawrence street Apt 454
Bloomfield, NJ 07003


Falou Louis Seck
710 Washington Avenue Apt 218
Miami Beach, FL 33139


Onur Sengul
111 Pemberton-Browns Mills Rd #8033
Browns Mills, NJ 08015


Yadira Liz Serrano Montalvo
776 Halsey St Apt 1
Brooklyn, NY 11233

Simone Sevsik
3060 Crescent Street Apt 4B
Astoria, NY 11102


Ankiet Sharad
6 North Forestview Lane
Aurora, IL 60502


Deborah Karen Shea
231 NE 43 Street
Oakland Park, FL 33334


Deborah Karen Shea
231 NE 43 Street
Oakland Park, FL 33334


Natasha A Shields
174 W 89th Street, Apt 4C
New York, NY 10024


Nicole Michelle Shore
1408 Congressional Way
Deerfield Beach, FL 33442


Keren Sierra
13270 NW 11 Terrace
Miami, FL 33182


Virginia Scarlett Silberberg
550 Bayshore Dr Apt 517
Fort Lauderdale, FL 33304


Andrea K Siliggi
2860 NE 14th St Apt 305
Pompano Beach, FL 33062


Sergio Silva
501 NE 5th Terrace Apt 107
Fort Lauderdale, FL 33301

Anne Gine Silveira
629 SW 1st Ave
Pompano Beach, FL 33060


Adam Peters Sinisgalli
86 SW 8th St Unit 2309
Miami, FL 33130


Azra Skornja
445 Lambourne Avenue
Salt Lake City, UT 84115


Keshaa Nakkia Smith
9355 Pioneer Blvd #205
Santa Fe Springs, CA 90670


Kheo Rasmos Smith
58 Montrose St
Newark, NJ 07106


Marquece Antoinell Smith
110 Lake Emerald Drive #306
Oakland Park, FL 33309


Melvin E Smith
10505 Horseshoe Falls CT
Las Vegas, NV 89144


Nicole A Smith
1735 N Fuller Ave #423
Los Angeles, CA 90046


Rebecca Lynn Smith
330 NW 67th St, Apt. D 201
Boca Raton, FL 33487


Jamel Eugene Smoak
253 E 181st St Apt 6B
Bronx, NY 10457

Dawn M Smyth
400 Hauser Blvd, #6D
Los Angeles, CA 90036

Trista Helene Soderberg
5781 Cape Harbour Dr, #1507
Cape Coral, FL 33914

Ramon A Soto
1739 East First St Apt. 10
Long Beach, CA 90802

Matthew David Soucie
71 Paxton Street
Leicester, MA 01524

Andrew Sripimonwan
25507 Crockett Lane
Stevenson Ranch, CA 91381

Maria E Staudenmeier
11135 Weddington St, Apt 242
North Hollywood, CA 91601

Michael Moss Stephenson
65 Lake Dornoch Drive
Pinehurst, NC 28374

Kjersti Stokkland
1104 Cedar Falls Dr
OSM Admin, FL 33327

Tracy Alea Stone
3155 W Buena Vista Drive
Margate, FL 33063

Atle Straume
737 Olive Way, #2400
Seattle, WA 98101

Tyisha Stulic
625 West 140th St Apt 9-i
New York, NY 10031


Marina Suberlyak
509 E 77th street, Apt 5-O
New York, NY 10075


Michael Christopher Sullo
201 W Jersey St Apt 208
Elizabeth, NJ 07202


Alison M Sutherland
Flat 54 Exchange Court
Croydon, Surrey CR0 2WR


Kelly Paige Swank
14800 Tetherclift Street
Davie, FL 33331


Kyleen Meghan Sweeney
5443 NW 54th DR
Coconut Creek, FL 33073


Angela R Taylor
695 Halsey St, Apt GF
Brooklyn, NY 11233


Herman Tchigirinski
107-D Amberly Drive
Manalapan, NJ 07726


Helen Teike
73 Smith Hill Road
Airmont, NY 10952


Marissa Testani
150 S Ocean Ave, #1A
Freeport, NY 11520

Ayana Makeiba Thomas
6720 Congress Ave #307
Boca Raton, FL 33487


Joie Daynee Thomas
629 E Palm Dr, Apt 3-306
Florida City, FL 33034


Shalanda M Thomas
9736 Nw 26th Avenue
Miami, FL 33147


Stephanie Sloane Thompson
4100 Davison St
Pittsburgh, PA 15201


Nadia V Timol
6100 S Falls Circle Dr Apt 114
Lauderhill, FL 33319


Gustavo A Torres
3680 Nw 18 Ave
Oakland Park, FL 33309


Eric M Townsend
1500 NE 49th St
Oakland Park, FL 33334


Tanya Maria Troglin
1133 Lincoln Blvd, Apt 1
Santa Monica, CA 90403


Derek Chance Trowbridge
1417 SW 2nd St Apt 5
Fort Lauderdale, FL 33312


Zarina Tursunkulova
15143 Beverly Dr, Apt B
Philadelphia, PA 19116

Melanie Tyler
94 South Clinton Street Apt A
Doylestown, PA 18901

Julio Valdes
8809 Nw 145 Terrace
Miami Lakes, FL 33018

Michael Luis Valencia
5321 NE 24th Terr A-303
Fort Lauderdale, FL 33308

John Thomas Varano III
225 S Tropical Trail Apt 617
Merritt Island, FL 32952

Kenneth Levi Varela
4221 Via Marina Apt F210
Marina Del Rey, CA 90292

Nicole Marie Varga
3183 Wilshire Blvd, Ste 196A12
Los Angeles, CA 90010

Javier Eustaquid Vazquez Ortiz
177 St Marks Ave Apt 5
Brooklyn, NY 11238

Andrew Vela
19 Ravine Avenue
Glen Cove, NY 11542

Gleyce Venturin Cerillo
213 E 10th St Apt 15
New York, NY 10003

Wilkins Roberto Vicioso
1417 Avenue P
Brooklyn, NY 11229

Leduar Vieira De Melo Filho
212 Westwood Ave Apt 201
Long Branch, NJ 07740

Vanessa Villa-Neumann
9950 SW 9th Ct
Pembroke Pines, FL 33025

Annmarie Adriana Vincent
841 Salt Rd
Groton, NY 13073

Vanessa Victoria Vincent
118 Parkwood Drive
Redlands, CA 92373

Shonelle J Waithe
43721 Banshee Heights Terrace
Ashburn, VA 20148

Annalise J. Walker
2464 Geranium St
San Diego, CA 92109

Lisa Marie Watson
59 Stirling Avenue
Freeport, NY 11520

Alexandra Weir
28 Overlook Ln
Brewster, NY 10509

Joel Jay Whelpley
3900 NE 18 Ave Apt#9
Oakland Park, FL 33334

Joshua Nacoma Williams
114-09 Inwood Street
Jamaica, NY 11436

Tabitha Chistine Williams
45 East 135th Street Apt#9F
New York, NY 10037


Rachael A Wills
13270 Greywood Circle
Fort Myers, FL 33966


Brant Wilson
2872 W 35th St
Brooklyn, NY 11224


Kelly Jo Wilson
642 Shadow Lake Rd
Concord, VT 05824


Sylvie Wubbena
1520 SE 2nd Ct, Apt 2
Fort Lauderdale, FL 33301


Braulio Andres Wyitto
1765 Stevens Ave
North Merrick, NY 11566


Richard Yepez
10053 Sw 159 Ave
Miami, FL 33196


Jose Salvador Zaragoza Ojeda
2115 NE 37th Dr Apt 130
Fort Lauderdale, FL 33308


Shuyi Zhou
113 E 13th Street, Apt 9D
New York, NY 10003


Tatiana Zhulikova McCoy
43-35 40th St Apt 2F
Sunnyside, NY 11104

California Department of Tax and Fee Administration
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


California Department of Tax and Fee Administration
450 N Street
Sacramento, CA 95814


City of Fort Lauderdale
Business Tax Division
100 N. Andrews Avenue, 1st Floor
Fort Lauderdale, FL 33301


Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001


Employment Development Department
UI Center San Jose
PO Box 49004
San Jose, CA 95161-9004


Florida Department of Economic Opportunity
Reemployment Assistance Program
PO Box 5250
Tallahassee, FL 32314-5250


Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Florida Department of Revenue
P.O. Box 7443
Tallahassee, FL 32314-7443


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
(Employer ID# 32-0419760)
Cincinnati, OH 45999-0023


Internal Revenue Service
1973 North White Boulevard
Ogden, UT 84201-0062


New York State Department of Labor
Unemployment Insurance Division
PO Box 15122
Albany, NY 12212-5122


New York State Department of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYC Department of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007


State of New York
Workers' Compensation Board
PO Box 5205
Binghampton, NY 13902-5205


Aramark Corporate HQ
1101 Market Street, Suite 2330
Philadelphia, PA 19107-2901


Association of Flight Attendants – CWA
501 3rd Street N.W.
Washington, D.C. 20001

AON Consulting, Inc. (NJ)
29695 Network Place
Chicago, IL 60673-1296


APL - American Public Life HQ
2305 Lakeland Drive
Flowood, MS 39232


APL - American Public Life
Department 1613
P.O. Box 11407
Birmingham, AL 35256-1613


Cigna Healthcare
1571 Sawgrass Corporate Pkwy
Sunrise, FL 33323


Cigna Corporate HQ
900 Cottage Grove Rd
Bloomfield, CT 06002


Mercer Health & Benefits LLC
c/o Debra A. Lage, Principal
1560 Sawgrass Corporate Pkwy
Sunrise, FL 33323


Marsh USA
P.O. Box 846015
Dallas, TX 75284


Unum Life Insurance Company of America
2211 Congress Street
Portland, ME 04122


DEX Imaging
P.O. Box 17299
Clearwater, FL 33762-0299


Hireright LLC
P.O. Box 847891
Dallas, TX 75284-7891

Jorge Ramirez
HSBC Bank USA, N.A.
1441 Brickell Ave, Suite 100
Miami, FL 33131


Zulaika Delgado
c/o Seth Asher Nadler, Esq.
Imbesi Law P.C.
1501 Broadway, Suite 1915
New York, NY 10036


Evelynn Loomis
c/o Ishan Dave, Esq.
Derek Smith Law Group, PLLC
One Pennsylvania Plaza, Suite 4905
New York, NY 10119


Randall Todd Paulk
c/o Daniel R. Watkins, Esq.
Watkins & Letofsky, LLP
2900 S. Harbor Blvd., Suite 240
Santa Ana, CA 92704


In re Randall Todd Paulk
Department of Industrial Relations
Labor Commissioner's Office
300 West 4th Street, Suite 450
Los Angeles, CA 90013


Cassandra Levey
c/o Daniel H. Kovel, Esq.
Kovel Law PLLC
301 E 79th Street
New York, NY 10075


Cassandra Levey
c/o Brian Heller, Esq.
Schwartz Perry & Heller
3 Park Avenue, 27th Floor
New York, NY 10016

Christopher Egnor
c/o Abraham Mathew, Esq.
Mathew & George
500 S. Grand Avenue
Suite 2050
Los Angeles, CA 90071-2641


Walter Littles
c/o Abraham Mathew, Esq.
Mathew & George
500 S. Grand Avenue, Suite 2050
Los Angeles, CA 90071-2641


Chubb Group of Insurance Cos.
82 Hopmeadow Street
P.O. Box 2002
Simsbury, CT 06070-7683


CBIZ MHM
225 Glades Road, Suite 321A
Boca Raton. FL 33431


Holland & Knight
c/o Howard Sokol, Esq.
31 West 52nd Street
New York, New York 10019


Holland & Knight
c/o Samuel Stone, Esq.
400 South Hope Street, 8th Floor
Los Angeles, CA 90071


Jackson Lewis P.C.
c/o Diane Windholz, Esq.
666 Third Avenue 29th Floor
New York, NY 10017


Jackson Lewis
c/o  Michael Thomas, Esq.
725 South Figueroa Street, Ste 2500
Los Angeles, CA 90017

```
America Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271


John Archer, CPA
RSM US LLP
801 Brickell Avenue
Miami, FL 33131
```